IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS (BOSTON)

| | |
|---|---|
| KAREN L. BACCHI, Individually and on Behalf of all Persons Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY,<br><br>Defendant. | Civil Action No. 12-cv-11280-DJC |

## PLAINTIFF'S NOTICE REGARDING CLASS CERTIFICATION MOTION

Dated: September 8, 2016.

Jason B. Adkins, BBO #558560
John Peter Zavez, BBO #555721
ADKINS, KELSTON & ZAVEZ, P.C.
90 Canal Street, 5th Floor
Boston, MA  02114
Phone (617) 367-1040
Fax (617) 742-8280

Andrew S. Friedman (admitted *pro hac vice*)
Francis J. Balint, Jr., BBO #680602
BONNETT, FAIRBOURN, FRIEDMAN &
  BALINT, P.C.
2325 East Camelback Road, #300
Phoenix, AZ  85016
Phone:  (602) 274-1100
Fax:  (602) 274-1199

Mark A. Chavez (admitted *pro hac vice*)
CHAVEZ & GERTLER LLP
42 Miller Avenue
Mill Valley, CA  94941
Phone: (415) 381-5599
Fax:  (415) 381-5572

*Attorneys for Plaintiff*

Plaintiff, by and through her undersigned counsel, hereby respectfully notifies the Court that she does not intend to move for class certification in this action. Plaintiff still seeks declaratory and other relief on the claims currently pending before the Court.

Dated: September 8, 2016.            Respectfully submitted,

*/s/Andrew S. Friedman*
Andrew S. Friedman (admitted *pro hac vice*)
Francis J. Balint, Jr., BBO #680602
BONNETT, FAIRBOURN, FRIEDMAN &
   BALINT, P.C.
2325 East Camelback Road, #300
Phoenix, AZ  85016
Phone:  (602) 274-1100
Fax:  (602) 274-1199

Jason B. Adkins, BBO #558560
John Peter Zavez, BBO #555721
ADKINS, KELSTON & ZAVEZ, P.C.
90 Canal Street, 5th Floor
Boston, MA  02114
Phone (617) 367-1040
Fax (617) 742-8280

and

Mark A. Chavez (admitted *pro hac vice*)
CHAVEZ & GERTLER LLP
42 Miller Avenue
Mill Valley, CA  94941
Phone: (415) 381-5599
Fax:  (415) 381-5572

*Attorneys for Plaintiff*

1

## **CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on September 8, 2016.

Dated: September 8, 2016.                     */s/Andrew S. Friedman*
                                              Andrew S. Friedman