UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
KAREN L. BACCHI, individually and on
behalf of those similarly situated,                          :

                       Plaintiff,      :    Civil Action
                                               No. 12-11280-DJC
        v.                        :

MASSACHUSETTS MUTUAL LIFE                                     :
INSURANCE COMPANY,

                                            :
                         Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## JOINT STATUS REPORT

        Defendant Massachusetts Mutual Life Insurance Company and Plaintiff Karen L. Bacchi (collectively, the "Parties") hereby respectfully submit this joint status report to the Court as they committed to do in ECF No. 230.  The Parties have executed a Memorandum of Understanding regarding the settlement of all claims in this matter on a class basis, and are working diligently to prepare and submit the Stipulation of Settlement and related documentation necessary to obtain the Court's preliminary approval of the proposed settlement.  The parties anticipate they will be in a position to make those submissions to the Court within forty-five (45) days.  Accordingly, the Parties respectfully request that the Court stay all proceedings in this matter pending the completion of the settlement documentation process.

Dated: January 6, 2017                         Respectfully submitted,
         Boston, Massachusetts


 /s/ Jason B. Adkins                            /s/ James R. Carroll
Jason B. Adkins (BBO #558560)                  James R. Carroll (BBO #554426)
John Peter Zavez (BBO #555721)                 Kurt Wm. Hemr (BBO #638742)
ADKINS, KELSTON & ZAVEZ, P.C.                  Alisha Q. Nanda (BBO #657266)
90 Canal Street, 5th Floor                     SKADDEN, ARPS, SLATE,
Boston, Massachusetts, 02114                      MEAGHER & FLOM LLP
(617) 367-1040                                 500 Boylston Street
                                               Boston, Massachusetts  02116
Counsel for Plaintiff                          (617) 573-4800
Karen L. Bacchi                                james.carroll@skadden.com
                                               kurt.hemr@skadden.com
                                               alisha.nanda@skadden.com

                                               Counsel for Defendant
                                               Massachusetts Mutual Life Insurance Company


## CERTIFICATE OF SERVICE

         I, Alisha Q. Nanda, hereby certify that this document filed through the CM/ECF
system will be sent electronically to the registered participants as identified on the Notice of
Electronic Filing and paper copies will be sent to those indicated as non-registered participants
on January 6, 2017.

Dated: January 6, 2017                          /s/ Alisha Q. Nanda
                                               Alisha Q. Nanda