May 2, 2017

Clerk of the Court
United States District Court
District of Massachusetts
John Joseph Moakley
US Courthouse
One Courthouse Way, Suite 2300
Boston, MA 02210

RE:   BACCHI v. MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY
      Civil Action No. 12-11280-DJC

To the Parties Concerned:

My name is Glen A. Coral, 1225 Gail Road, West Chester, PA 19380. I have received notice of the pending settlement in the above action. I am a policy owner of three participating whole life policies, thus I am a member of the Settlement Class. While I do not specifically object to the conclusions reached as a result of the action, I do object to:
   a. the relative benefits of the settlement to the policyholders,
   b. the fees being paid to Class Counsel, and
   c. the award being granted to the Class Representative.

In general, I appreciate concerned citizens and policyholders to question the validity of various benefits afforded them under the life insurance policy contract, in this case the calculation of surplus to be distributed in the form of policy dividends. As I understand the Civil Action, the issue at hand is underlying errors in the interpretation of how certain calculations are made.

It is unfortunate it takes a lawsuit to "correct" apparent "errors", and the subsequent three plus years of discovery, negotiation, motions, etc. What bothers me the most is the resulting meager correction for all the time, effort and money that has been spent. Could this not have been dealt with in a far more economically efficient manner? Doesn't the insurance commissioner have the authority to put on an "auditor's hat" to determine the appropriateness of the calculations?

As I understand, MassMutual has published it has paid out nearly $21 Billion in dividends from 2001 to 2017. Total dividends paid out to policyholders, in many cases, are more than was originally projected at the time most policies were issued. Thus, policyholders have enjoyed substantial benefit over time as a result of MassMutual's prudent management of their assets, income and expenses.

I point this out simply because of the resulting frivolousness of the lawsuit and subsequent settlement.

This settlement, which appears to span this same period, has resulted in a "correction" in favor of the policyholders to the tune of a "whopping" $37.5 Million – a mere 0.17% of the total dividends paid over that time. The resulting settlement net for the policyholders, after Class Counsel's fees, will be significantly less than $29.5 Million net settlement for maybe 1.5 million policyholders. The settlement will *potentially* benefit 2.9 Million policyholders, the majority of whom will likely receive less than $10. And, many will receive nothing if their share ends up less than $1. Considering the dividends in my policies add up something less than $20,000 over that period of time, I will not benefit from the settlement!

RE:   BACCHI v. MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY
      Civil Action No. 12-11280-DJC
May 2, 2017
Page 2

(As an aside, I would be curious to know how much the Plaintiff (the Class Representative) benefits as a result of their policy ownership. Relative to the settlement itself... probably a minimal amount.)

In addition, MassMutual policyholders have suffered other losses/costs as a result of this settlement: paying their counsel, printing and postage costs of notifying policyholders, and other costs associated with the determination of the "errors". Again, these costs are negligible in the context of the total dividend surplus paid out to policyholders, but they are costs nonetheless.

Who benefits the most? Plaintiff's counsel. Over $9 million, less their costs. I understand they have to be paid; but, at the end of the day this result relative to the benefit afforded policyholders is terribly skewed. Given the size of the "error", reducing their fee really means little to the policyholders, but their fee being equal to 25% of the settlement is excessive relative to benefit, or lack thereof, received by the vast majority of policyholders.

Also, I object to the Class Representative receiving *any* fees. The entire class is not benefiting from the settlement in this action. The reason stated in the recent notice states the $1.00 settlement payment threshold was agreed upon due to the "administrative costs associated with very small payment". So, in fact, I am subsidizing the Class Representative's fees, and Plaintiff's Counsel's fee through my "contribution" of my less than a penny's worth of the settlement.

That said, I appreciate the Class Representative's concern and diligence in bringing the possible accounting errors to the attention of the company, and perhaps to the attention of the Insurance Commissioner. At some point, leveler heads should have approached this in a more prudent fashion. The solution today is to sue. The question is the extent of the harm done, and the reasonableness of the process to remedy the error. We don't know the effort expended to avoid a lawsuit, but this action seems to overstep reasonableness given the ultimate benefit value.

As I do not intend to attend the hearing on this matter, I ask the Court accept this letter of objection.

Sincerely,

Glen A. Coral
1225 Gail Road
West Chester, PA 19380

Cc:   Class Counsel, Adkins, Kelston & Zavez, P.C.
      MassMutual's Counsel, Skadden, Arps, Slate, Meagher & Flom, LLP

A Technical Guide for Individuals

## Historical Dividend Studies From Massachusetts Mutual Life Insurance Company (MassMutual)

As a mutual life insurance company, MassMutual does not have shareholders. Instead, the company operates for the benefit of its participating policyowners. The participating whole life policies issued by MassMutual are eligible to receive a dividend each year.

Company surplus results when overall actual experience is more favorable than the experience that was originally assumed in setting the premiums and guaranteed elements of policies. A portion is set aside to be paid or applied as policy dividends in the following years. Although dividends are not guaranteed, MassMutual has paid them every year since 1869.

Each year, MassMutual's Board of Directors votes on the total amount of dividends to be paid and how it will be allocated to eligible participating policyowners. When determining the dividend for an individual policy, the amount paid reflects the portion that each specific policy is considered to have contributed to surplus.



NOT A BANK OR CREDIT UNION DEPOSIT OR OBLIGATION • NOT FDIC OR NCUA INSURED • NOT INSURED BY ANY FEDERAL GOVERNMENT AGENCY • NOT GUARANTEED BY ANY BANK OR CREDIT UNION

Insurance Strategies



We'll help you get there.

## Historical Examples

The numeric tables on the following page illustrate MassMutual's historical dividend information for different whole life insurance policies that were issued in 1980.

Each of the five historical policy examples uses the best underwriting class that was available at the time of issue (nonsmoker). The issue ages are shown in the examples, which assume that dividends are used to buy paid-up additional whole life insurance, or paid-up additions.

The summary for each policy compares what was *illustrated* in 1980, with what had *actually* happened over 37 years. You will also see the *difference* between the two, expressed as a percentage of the illustrated value. Below is a description of the terms used in each summary.

- **Guar Cash Value** – The amount of the cash value which is guaranteed under the policy. For this value, there is no difference between illustrated and actual.
- **Cash Dividends** – The total annual base policy dividend, assuming it was paid in cash.
- **Total Dividends** – The total annual dividend, including dividends payable on paid-up additions.
- **Total Cash Value** – The total cash value, including all guaranteed and non-guaranteed values.
- **Total Death Benefit** – The total death benefit, including paid-up additions, that would be payable at the end of the policy year.
- **"IRR"** – The Internal Rate of Return (IRR) is the rate at which outlays up to that year must be compounded each and every year to generate the Total Cash Value or Total Death Benefit. For example, in Policy 1, the IRR on the Total Cash Value was initially illustrated at 3.16%, however, the IRR based on actual dividends paid was 4.91%.

The results shown in the following tables are based on the actual experience of the company over the period of time in terms of interest rates, mortality and expenses. Dividends paid in future years will be lower or higher than illustrated, depending on MassMutual's actual experience.

For more detail about these historical policy examples, please refer to the Appendix at the end of this brochure.

## Actual Historical Performance Summary Since 1980

### Hypothetical Policies Issued in 1980
Each hypothetical policy below is from the MM Block.[1] For information on the Reserve Basis, see the Appendix at the end of this brochure.

**Policy 1 – $250,000 Convertible Life Policy, $5,910.00 Premium – Male Age 45, Nonsmoker**

| Year | Guar Cash Value | Cash Dividends | | | Total Dividends | | | With Paid-Up Additions Option | | | | | |
| | | | | | | | | Total Cash Value | | | Total Death Benefit | | |
| | | Illust. | Actual | Diff. | Illust. | Actual | Diff. | Illust.[†] | Actual[†] | Diff. | Illust.[†] | Actual[†] | Diff. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1990 | 45,540 | 1,808 | 2,735 | 51% | 2,098 | 4,035 | 92% | 58,787 | 69,967 | 19% | 276,724 | 299,279 | 8% |
| 2000 | 99,755 | 3,533 | 5,103 | 44% | 4,894 | 9,047 | 85% | 160,069 | 206,943 | 29% | 342,884 | 416,180 | 21% |
| 2017 | $179,038 | $10,675[†] | $15,760[†] | 48% | $16,754[†] | $30,719[†] | 83% | $417,294 | $618,253 | 48% | $537,749 | $780,552 | 45% |
| IRR 37 Years | | | | | | | | 3.16% | 4.91% | | 4.30% | 5.91% | |

**Policy 2 – $250,000 Convertible Life Policy, $8,632.50 Premium – Female Age 55, Nonsmoker**

| Year | Guar Cash Value | Cash Dividends | | | Total Dividends | | | With Paid-Up Additions Option | | | | | |
| | | | | | | | | Total Cash Value | | | Total Death Benefit | | |
| | | Illust. | Actual | Diff. | Illust. | Actual | Diff. | Illust.[†] | Actual[†] | Diff. | Illust.[†] | Actual[†] | Diff. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1990 | 61,550 | 3,133 | 4,575 | 46% | 3,816 | 7,334 | 92% | 90,695 | 110,512 | 22% | 296,306 | 327,792 | 11% |
| 2000 | 123,863 | 4,995 | 7,833 | 57% | 7,542 | 16,098 | 113% | 225,986 | 312,794 | 38% | 384,164 | 498,373 | 30% |
| 2017 | $202,445 | $10,943[†] | $15,683[†] | 43% | $18,797[†] | $35,419[†] | 88% | $519,381 | $860,589 | 66% | $599,118 | $975,141 | 63% |
| IRR 37 Years | | | | | | | | 2.42% | 4.70% | | 3.08% | 5.25% | |

**Policy 3 – $250,000 Life Paid-up at 65 Whole Life Policy, $4,427.50 Premium – Male Age 35, Nonsmoker**

| Year | Guar Cash Value | Cash Dividends | | | Total Dividends | | | With Paid-Up Additions Option | | | | | |
| | | | | | | | | Total Cash Value | | | Total Death Benefit | | |
| | | Illust. | Actual | Diff. | Illust. | Actual | Diff. | Illust.[†] | Actual[†] | Diff. | Illust.[†] | Actual[†] | Diff. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1990 | 37,885 | 1,290 | 2,173 | 68% | 1,480 | 3,071 | 108% | 46,865 | 55,467 | 18% | 274,125 | 297,236 | 8% |
| 2000 | 90,868 | 2,848 | 3,435 | 21% | 3,833 | 6,155 | 61% | 137,519 | 168,819 | 23% | 339,030 | 402,328 | 19% |
| 2017 | $179,360 | $9,853[†] | $14,565[†] | 48% | $15,122[†] | $26,031[†] | 72% | $379,185 | $508,838 | 34% | $526,556 | $705,795 | 34% |
| IRR 37 Years | | | | | | | | 4.45% | 5.63% | | 5.77% | 6.93% | |

**Policy 4 – $250,000 Life Paid-up at 65 Whole Life Policy, $4,077.50 Premium – Female Age 35, Nonsmoker**

| Year | Guar Cash Value | Cash Dividends | | | Total Dividends | | | With Paid-Up Additions Option | | | | | |
| | | | | | | | | Total Cash Value | | | Total Death Benefit | | |
| | | Illust. | Actual | Diff. | Illust. | Actual | Diff. | Illust.[†] | Actual[†] | Diff. | Illust.[†] | Actual[†] | Diff. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1990 | 37,885 | 1,290 | 2,173 | 68% | 1,480 | 3,071 | 108% | 46,865 | 55,467 | 18% | 274,125 | 297,236 | 8% |
| 2000 | 90,868 | 2,848 | 3,435 | 21% | 3,833 | 6,155 | 61% | 137,519 | 168,819 | 23% | 339,030 | 402,328 | 19% |
| 2017 | $179,360 | $9,853[†] | $14,565[†] | 48% | $15,122[†] | $26,031[†] | 72% | $379,185 | $508,838 | 34% | $526,556 | $705,795 | 34% |
| IRR 37 Years | | | | | | | | 4.78% | 5.96% | | 6.10% | 7.25% | |

**Policy 5 – $250,000 10 Payment Whole Life Policy, $14,445.00 Premium – Male Age 50, Nonsmoker**

| Year | Guar Cash Value | Cash Dividends | | | Total Dividends | | | With Paid-Up Additions Option | | | | | |
| | | | | | | | | Total Cash Value | | | Total Death Benefit | | |
| | | Illust. | Actual | Diff. | Illust. | Actual | Diff. | Illust.[†] | Actual[†] | Diff. | Illust.[†] | Actual[†] | Diff. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1990 | 140,593 | 3,645 | 5,828 | 60% | 4,292 | 9,063 | 111% | 169,471 | 199,423 | 18% | 301,351 | 354,611 | 18% |
| 2000 | 173,375 | 4,605 | 8,350 | 81% | 7,121 | 18,407 | 158% | 275,234 | 404,143 | 47% | 394,667 | 579,189 | 47% |
| 2017 | $216,760 | $10,533[†] | $15,290[†] | 45% | $18,672[†] | $41,351[†] | 121% | $536,769 | $995,811 | 86% | $618,315 | $1,147,176 | 86% |
| IRR 37 Years | | | | | | | | 4.10% | 6.07% | | 4.55% | 6.53% | |

[1] MM Block refers to eligible participating policies issued by Massachusetts Mutual Life Insurance Company prior to the merger with the former Connecticut Mutual Life Insurance Company in 1996. Policies in this block of business are no longer sold.

[†] Numbers include termination dividend in 2017 for cash dividends and total dividends. Termination dividend included in Total Cash Value and Total Death Benefit beginning in year 15. Termination dividends are only available upon full policy surrender or death.

## Dividend Interest Rate History

The Dividend Interest Rate (DIR) is used to calculate the investment component of policy dividends. The DIR primarily represents the net investment return on the assets supporting the reserves and cash values for a certain block of policies.

The investment component of the dividend for a specific policy is based on the difference between the guaranteed cash value interest rate and the DIR. For example, if the guaranteed cash value interest rate is 4.00% and the Dividend Interest Rate is 6.70%, then the investment component of the dividend will be based on 2.70% (6.70% - 4.00%).

The DIR is not the rate of return on the policy. For eligible participating whole life policies, dividends primarily include an investment component, a mortality component and an expense component. Different life insurance companies may quote and apply Dividend Interest Rates differently. For example, some quote their DIR before investment expenses and some, like MassMutual, quote their DIR net of these expenses. As a result, you cannot use the DIR as the sole basis for comparing one whole life policy to another.

**Participating Whole Life Policies Issued by Massachusetts Mutual Life Insurance Company Since March, 1996**

| Year | Dividend Interest Rate | Year | Dividend Interest Rate |
|---|---|---|---|
| 1996 | 8.40% | 2007 | 7.50% |
| 1997 | 8.40% | 2008 | 7.90% |
| 1998 | 8.40% | 2009 | 7.60% |
| 1999 | 8.40% | 2010 | 7.00% |
| 2000 | 8.20% | 2011 | 6.85% |
| 2001 | 8.20% | 2012 | 7.00% |
| 2002 | 8.05% | 2013 | 7.00% |
| 2003 | 7.90% | 2014 | 7.10% |
| 2004 | 7.50% | 2015 | 7.10% |
| 2005 | 7.00% | 2016 | 7.10% |
| 2006 | 7.40% | 2017 | 6.70% |

**Participating Whole Life Policies Issued by Massachusetts Mutual Life Insurance Company Prior to March, 1996**

| Year | Dividend Interest Rate | Year | Dividend Interest Rate |
|---|---|---|---|
| 1978 | 7.40% | 1998 | 8.40% |
| 1979 | 7.80% | 1999 | 8.40% |
| 1980 | 8.27% | 2000 | 8.30% |
| 1981 | 8.27% | 2001 | 8.30% |
| 1982 | 8.27%[2] | 2002 | 8.10% |
| 1983 | 8.27%[2] | 2003 | 7.90% |
| 1984 | 11.60% | 2004 | 7.50% |
| 1985 | 12.20% | 2005 | 7.00% |
| 1986 | 12.20% | 2006 | 7.55% |
| 1987 | 12.20% | 2007 | 7.55% |
| 1988 | 11.35% | 2008 | 7.90% |
| 1989 | 11.15% | 2009 | 7.45% |
| 1990 | 10.50% | 2010 | 6.85% |
| 1991 | 10.50% | 2011 | 6.80% |
| 1992 | 9.95% | 2012 | 7.00% |
| 1993 | 9.45% | 2013 | 7.00% |
| 1994 | 9.30% | 2014 | 7.10% |
| 1995 | 9.00% | 2015 | 7.10% |
| 1996 | 8.40% | 2016 | 7.10% |
| 1997 | 8.40% | 2017 | 6.70% |

**Participating Whole Life Policies Issued by the Former Connecticut Mutual Life Insurance Company Prior to March, 1996**

| Year | Dividend Interest Rate | Year | Dividend Interest Rate |
|---|---|---|---|
| 1986 | 11.35% | 2002 | 7.85% |
| 1987 | 11.35% | 2003 | 8.00% |
| 1988 | 10.85% | 2004 | 7.45% |
| 1989 | 9.05% | 2005 | 6.65% |
| 1990 | 9.05% | 2006 | 7.25% |
| 1991 | 9.05% | 2007 | 7.45% |
| 1992 | 9.05% | 2008 | 7.75% |
| 1993 | 8.80% | 2009 | 7.40% |
| 1994 | 8.10% | 2010 | 6.70% |
| 1995 | 8.05% | 2011 | 6.70% |
| 1996 | 7.70% | 2012 | 7.00% |
| 1997 | 7.70% | 2013 | 7.00% |
| 1998 | 7.70% | 2014 | 7.10% |
| 1999 | 7.70% | 2015 | 7.10% |
| 2000 | 7.65% | 2016 | 7.10% |
| 2001 | 7.75% | 2017 | 6.70% |

[2] Rate applies to Pre-8100 series rate. 8100 series rate was 9.22%.

Eligible participating policies issued by Massachusetts Mutual Life Insurance Company and the former Connecticut Mutual Life Insurance Company prior to March, 1996 are no longer sold. All rates shown assume an Adjustable Loan Rate starting in 1984. The merger between Massachusetts Mutual Life Insurance Company and the former Connecticut Mutual Life Insurance Company was completed in March, 1996.

# The Portfolio Average Method

MassMutual's DIR is determined using a portfolio average method that reflects the portfolio earnings on all assets that support our participating permanent life insurance and participating annuity blocks. Each portfolio is made up of investments purchased over a number of years, so changes in new money interest rates have a gradual impact on the DIR. The stabilizing effect of the portfolio average method over time is among the reasons MassMutual and many other insurers use this approach to determine their Dividend Interest Rates.

## MassMutual's DIR Compared to Common Fixed Income Measures

This graph shows the relative stability of MassMutual's Dividend Interest Rate compared to three common fixed income measures over an extended period of time. The values plotted in the graph are for each year from 1980-2017.



| Dividend Schedule | 1980 | 1985 | 1990 | 1995 | 2000 | 2005 | 2010 | 2017 |
|---|---|---|---|---|---|---|---|---|
| MassMutual Dividend Interest Rate[1] | 8.27% | 12.20% | 10.50% | 9.00% | 8.30% | 7.00% | 6.85% | 6.70% |
| Moody's Seasoned Aaa Corporate Bond Yield[2] | 9.63% | 12.71% | 9.26% | 7.97% | 7.05% | 5.63% | 5.31% | 3.62% |
| 10-year Treasury, annual rate[3] | 9.43% | 12.46% | 8.49% | 7.09% | 5.65% | 4.27% | 3.26% | 1.75% |
| One-year Treasury, annual rate[4] | 10.65% | 10.91% | 8.53% | 5.32% | 5.09% | 1.89% | 0.47% | .57% |

[1] Refers to the MM-block of business, which comprises policies issued prior to the merger of Massachusetts Mutual Life Insurance Company and the former Connecticut Mutual Life Insurance Company in 1996. Starting with the 2012 dividend schedule, there is a single Dividend Interest Rate for all blocks.

[2] Moody's yield on seasoned Aaa corporate bonds for all industries, quoted for the year preceding the Dividend Interest Rate shown; for 2017, the rate is the average monthly rate from January to September for the preceding year. Moody's Aaa rates through December 6, 2001, are averages of Aaa utility and Aaa industrial bond rates. As of December 7, 2001, these rates are averages of Aaa industrial bonds only.

[3] Market yield on U.S. Treasury securities at 10-year constant maturity, quoted for the year preceding the Dividend Interest Rate shown; for 2017, the rate is the average monthly rate from January to September for the preceding year.

[4] Market yield on U.S. Treasury securities at 1-year constant maturity, quoted for the year preceding the Dividend Interest Rate shown; for 2017, the rate is the average monthly rate from January to September for the preceding year.

5

# A Long History of Dividends to Policyowners

## Strong Performance

Dividends can help policyowners build more value in their participating policies, reinforcing our policy base and our overall financial strength. MassMutual has paid dividends consistently since the 1860s, and the estimated 2016 dividend payout of $1.68 billion[3] continues that historical trend. The information below shows dividends to policyowners back to 1960.

## Dividends to Policyowners From 1960 to 2016



## Over $27 Billion From 1960 to 2016

| Year | Dividends (000s) | Year | Dividends (000s) | Year | Dividends (000s) | Year | Dividends (000s) |
|---|---|---|---|---|---|---|---|
| 1960 | $ 41,478 | 1975 | $154,541 | 1990 | $ 527,538 | 2005 | $1,154,540 |
| 1961 | 47,893 | 1976 | 171,760 | 1991 | 485,497 | 2006 | 1,226,454 |
| 1962 | 52,443 | 1977 | 188,129 | 1992 | 486,608 | 2007 | 1,372,522 |
| 1963 | 55,535 | 1978 | 227,316 | 1993 | 526,928 | 2008 | 1,331,650 |
| 1964 | 59,834 | 1979 | 249,518 | 1994 | 523,496 | 2009 | 1,211,616 |
| 1965 | 63,664 | 1980 | 259,911 | 1995 | 520,539 | 2010 | 1,209,910 |
| 1966 | 75,947 | 1981 | 271,053 | 1996 | 859,897[4] | 2011 | 1,312,836 |
| 1967 | 85,651 | 1982 | 286,970 | 1997 | 919,514 | 2012 | 1,378,516 |
| 1968 | 91,758 | 1983 | 340,869 | 1998 | 982,823 | 2013 | 1,474,794 |
| 1969 | 101,651 | 1984 | 417,763 | 1999 | 1,030,931 | 2014 | 1,553,324 |
| 1970 | 106,174 | 1985 | 439,029 | 2000 | 1,086,178 | 2015 | 1,727,594 |
| 1971 | 112,266 | 1986 | 458,715 | 2001 | 1,097,026 | 2016 | $1,678,800[3] |
| 1972 | 123,140 | 1987 | 475,200 | 2002 | 1,163,238 | | |
| 1973 | 140,160 | 1988 | 492,421 | 2003 | 1,098,500 | | |
| 1974 | $148,143 | 1989 | $488,876 | 2004 | $ 995,647 | | |

Source: Dividends to Policyholders, Summary of Operations, Massachusetts Mutual Life Insurance Company Annual Statements.
[3] Estimated 2016 statutory incurred dividends. At the time of this printing, year-end results were not yet available.
[4] 1996 increase reflects, in part, a merger with Connecticut Mutual Life Insurance Company.

6

## Appendix – Actual Historical Performance Since 1980

Policy 1 – Hypothetical Policy Issued in 1980*
Convertible Life – MM Block, $250,000 Policy, Male Age 45, Nonsmoker

Premium: $5,910.00
Reserve Basis (CSO and percent): 1958 CSO – 4.00%

| Year | Guar Cash Value | Cash Dividends Illust. | Cash Dividends Actual | Total Dividends Illust. | Total Dividends Actual | With Paid-Up Additions Option** Total Cash Value Illust.† | With Paid-Up Additions Option** Total Cash Value Actual† | With Paid-Up Additions Option** Total Death Benefit Illust.† | With Paid-Up Additions Option** Total Death Benefit Actual† |
|---|---|---|---|---|---|---|---|---|---|
| 1981 | $ 0 | $ 398 | $ 398 | $ 398 | $ 398 | $ 398 | $ 398 | $251,036 | $251,036 |
| 1982 | 4,330 | 560 | 560 | 570 | 570 | 5,310 | 5,310 | 252,479 | 252,479 |
| 1983 | 9,223 | 715 | 715 | 741 | 741 | 10,973 | 10,973 | 254,297 | 254,297 |
| 1984 | 14,198 | 875 | 1,453 | 921 | 1,565 | 16,921 | 17,565 | 256,493 | 258,027 |
| 1985 | 19,253 | 1,030 | 1,793 | 1,102 | 2,072 | 23,158 | 24,790 | 259,045 | 262,826 |
| 1986 | 24,380 | 1,158 | 2,118 | 1,260 | 2,578 | 29,658 | 32,656 | 261,882 | 268,630 |
| 1987 | 29,578 | 1,320 | 2,453 | 1,459 | 3,142 | 36,465 | 41,231 | 265,076 | 275,507 |
| 1988 | 34,838 | 1,478 | 2,595 | 1,660 | 3,539 | 43,579 | 50,357 | 268,611 | 283,042 |
| 1989 | 40,160 | 1,640 | 2,793 | 1,873 | 3,907 | 51,015 | 60,014 | 272,492 | 291,138 |
| 1990 | 45,540 | 1,808 | 2,735 | 2,098 | 4,035 | 58,787 | 69,967 | 276,724 | 299,279 |
| 1991 | 50,885 | 1,968 | 3,120 | 2,322 | 4,726 | 66,806 | 80,687 | 281,288 | 308,567 |
| 1992 | 56,270 | 2,120 | 2,990 | 2,546 | 4,743 | 75,153 | 91,593 | 286,165 | 317,651 |
| 1993 | 61,685 | 2,270 | 3,018 | 2,776 | 4,928 | 83,827 | 102,840 | 291,348 | 326,854 |
| 1994 | 67,123 | 2,438 | 3,295 | 3,032 | 5,479 | 92,851 | 114,788 | 296,872 | 336,836 |
| 1995 | 72,578 | 2,608 | 3,500 | 3,301 | 5,848 | 103,205 | 128,227 | 303,709 | 348,202 |
| 1996 | 78,035 | 2,808 | 3,605 | 3,611 | 5,976 | 114,096 | 142,081 | 311,092 | 359,692 |
| 1997 | 83,490 | 2,995 | 3,890 | 3,921 | 6,589 | 125,526 | 156,994 | 319,005 | 372,293 |
| 1998 | 88,935 | 3,178 | 4,405 | 4,238 | 7,495 | 137,493 | 172,696 | 327,439 | 385,896 |
| 1999 | 94,360 | 3,363 | 4,825 | 4,567 | 8,366 | 148,715 | 189,408 | 335,109 | 400,639 |
| 2000 | 99,755 | 3,533 | 5,103 | 4,894 | 9,047 | 160,069 | 206,943 | 342,884 | 416,180 |
| 2001 | 105,105 | 3,703 | 5,333 | 5,233 | 9,872 | 171,812 | 224,849 | 351,027 | 432,126 |
| 2002 | 110,398 | 3,890 | 5,355 | 5,604 | 10,326 | 183,962 | 243,330 | 359,575 | 448,460 |
| 2003 | 115,610 | 4,090 | 5,580 | 6,008 | 11,253 | 196,527 | 262,825 | 368,562 | 465,875 |
| 2004 | 120,728 | 4,300 | 5,123 | 6,442 | 10,943 | 209,521 | 281,501 | 378,019 | 481,940 |
| 2005 | 125,738 | 4,538 | 4,640 | 6,929 | 10,517 | 222,980 | 299,787 | 388,010 | 497,105 |
| 2006 | 130,640 | 4,765 | 5,785 | 7,427 | 13,145 | 236,917 | 320,716 | 398,536 | 515,735 |
| 2007 | 135,445 | 4,943 | 6,210 | 7,881 | 14,338 | 251,304 | 342,905 | 409,520 | 535,721 |
| 2008 | 140,165 | 5,085 | 7,038 | 8,302 | 16,626 | 266,125 | 367,475 | 420,907 | 558,525 |
| 2009 | 144,825 | 5,200 | 7,008 | 8,704 | 16,765 | 281,395 | 392,345 | 432,660 | 581,163 |
| 2010 | 149,435 | 5,298 | 6,688 | 9,096 | 16,079 | 297,121 | 416,700 | 444,757 | 602,547 |
| 2011 | 153,993 | 5,363 | 6,558 | 9,456 | 16,710 | 313,268 | 441,835 | 457,146 | 624,442 |
| 2012 | 158,485 | 5,413 | 6,868 | 9,805 | 18,259 | 329,806 | 468,638 | 469,810 | 648,024 |
| 2013 | 162,885 | 5,463 | 7,028 | 10,165 | 19,297 | 346,701 | 496,559 | 482,757 | 672,603 |
| 2014 | 167,160 | 5,520 | 7,250 | 10,547 | 20,655 | 363,923 | 525,851 | 496,012 | 698,562 |
| 2015 | 171,283 | 5,578 | 7,423 | 10,942 | 21,826 | 381,439 | 556,273 | 509,591 | 725,648 |
| 2016 | 175,243 | 5,630 | 7,583 | 11,346 | 23,060 | 399,232 | 587,854 | 523,502 | 753,921 |
| 2017 | $179,038 | $10,675† | $15,760† | $16,754† | $30,719† | $417,294 | $618,253 | $537,749 | $780,552 |
| Termination Dividend | | $ 5,000 | $ 8,750 | $ 5,000 | $ 8,750 | | | | |
| IRR 37 Years | | | | | | 3.16% | 4.91% | 4.30% | 5.91% |

\* Assumes policy originally issued with fixed loan rate updated to adjustable loan rate in 1983.
\*\* Assumes no paid-up additions are surrendered.
† Numbers include termination dividend in 2017 for cash dividends and total dividends. Termination dividend included in Total Cash Value and Total Death Benefit beginning in year 15. Termination dividends are only available upon full policy surrender or death.

7

## Appendix – Actual Historical Performance Since 1980

Policy 2 – Hypothetical Policy Issued in 1980*
Convertible Life – MM Block, $250,000 Policy, Female Age 55, Nonsmoker

Premium: $8,632.50
Reserve Basis (CSO and percent): 1958 CSO – 4.00%

| Year | Guar Cash Value | Cash Dividends Illust. | Cash Dividends Actual | Total Dividends Illust. | Total Dividends Actual | With Paid-Up Additions Option** Total Cash Value Illust.† | With Paid-Up Additions Option** Total Cash Value Actual† | With Paid-Up Additions Option** Total Death Benefit Illust.† | With Paid-Up Additions Option** Total Death Benefit Actual† |
|---|---|---|---|---|---|---|---|---|---|
| 1981 | $ 255 | $ 1,755 | $ 1,755 | $ 1,755 | $ 1,755 | $ 2,010 | $ 2,010 | $253,449 | $253,449 |
| 1982 | 7,008 | 1,870 | 1,870 | 1,917 | 1,917 | 10,725 | 10,725 | 257,120 | 257,120 |
| 1983 | 13,800 | 1,983 | 1,983 | 2,082 | 2,082 | 19,695 | 19,695 | 261,008 | 261,008 |
| 1984 | 20,623 | 2,093 | 3,050 | 2,251 | 3,434 | 28,916 | 30,099 | 265,109 | 267,264 |
| 1985 | 27,463 | 2,208 | 3,425 | 2,431 | 4,226 | 38,390 | 41,398 | 269,432 | 274,779 |
| 1986 | 34,308 | 2,395 | 3,863 | 2,691 | 5,044 | 48,188 | 53,620 | 274,105 | 283,538 |
| 1987 | 41,153 | 2,585 | 4,305 | 2,963 | 5,945 | 58,320 | 66,862 | 279,133 | 293,627 |
| 1988 | 47,980 | 2,775 | 4,458 | 3,246 | 6,591 | 68,785 | 80,866 | 284,518 | 304,563 |
| 1989 | 54,785 | 2,955 | 4,700 | 3,527 | 7,132 | 79,578 | 95,534 | 290,242 | 316,140 |
| 1990 | 61,550 | 3,133 | 4,575 | 3,816 | 7,334 | 90,695 | 110,512 | 296,306 | 327,792 |
| 1991 | 68,263 | 3,315 | 5,008 | 4,121 | 8,372 | 102,140 | 126,623 | 302,719 | 340,820 |
| 1992 | 74,898 | 3,505 | 4,923 | 4,446 | 8,589 | 113,909 | 143,032 | 309,500 | 353,920 |
| 1993 | 81,438 | 3,713 | 5,003 | 4,804 | 9,014 | 126,018 | 159,923 | 316,686 | 367,403 |
| 1994 | 87,858 | 3,933 | 5,450 | 5,190 | 10,082 | 138,470 | 177,907 | 324,306 | 382,204 |
| 1995 | 94,143 | 4,173 | 5,688 | 5,617 | 10,736 | 152,546 | 197,817 | 333,660 | 398,941 |
| 1996 | 100,290 | 4,423 | 5,733 | 6,071 | 10,878 | 167,181 | 218,048 | 343,685 | 415,777 |
| 1997 | 106,315 | 4,605 | 5,900 | 6,468 | 11,708 | 182,330 | 239,614 | 354,278 | 433,997 |
| 1998 | 112,235 | 4,760 | 6,953 | 6,843 | 13,528 | 197,004 | 262,676 | 364,411 | 454,077 |
| 1999 | 118,080 | 4,890 | 7,515 | 7,201 | 14,987 | 211,307 | 287,307 | 374,134 | 475,838 |
| 2000 | 123,863 | 4,995 | 7,833 | 7,542 | 16,098 | 225,986 | 312,794 | 384,164 | 498,373 |
| 2001 | 129,580 | 5,070 | 8,263 | 7,856 | 17,486 | 241,013 | 338,693 | 394,458 | 521,284 |
| 2002 | 135,215 | 5,130 | 8,450 | 8,160 | 18,258 | 256,353 | 365,495 | 404,997 | 544,865 |
| 2003 | 140,735 | 5,193 | 8,938 | 8,476 | 19,790 | 271,977 | 393,910 | 415,793 | 570,071 |
| 2004 | 146,095 | 5,265 | 8,605 | 8,814 | 19,495 | 287,845 | 422,046 | 426,870 | 594,573 |
| 2005 | 151,265 | 5,338 | 8,405 | 9,163 | 19,168 | 303,926 | 449,799 | 438,241 | 618,360 |
| 2006 | 156,233 | 5,403 | 9,230 | 9,516 | 22,273 | 320,200 | 480,553 | 449,909 | 645,669 |
| 2007 | 160,993 | 5,463 | 9,455 | 9,875 | 23,663 | 336,660 | 512,598 | 461,880 | 674,352 |
| 2008 | 165,560 | 5,510 | 9,660 | 10,227 | 25,819 | 353,312 | 546,716 | 474,143 | 705,312 |
| 2009 | 169,958 | 5,553 | 9,140 | 10,584 | 25,069 | 370,189 | 580,045 | 486,704 | 735,064 |
| 2010 | 174,213 | 5,590 | 8,210 | 10,947 | 22,947 | 387,331 | 611,234 | 499,569 | 762,030 |
| 2011 | 178,348 | 5,623 | 7,833 | 11,316 | 23,414 | 404,777 | 642,874 | 512,741 | 789,285 |
| 2012 | 182,390 | 5,698 | 8,318 | 11,734 | 25,846 | 422,595 | 676,981 | 526,274 | 819,094 |
| 2013 | 186,378 | 5,763 | 8,258 | 12,148 | 26,687 | 440,858 | 712,049 | 540,160 | 849,598 |
| 2014 | 190,343 | 5,823 | 8,130 | 12,569 | 27,687 | 459,617 | 748,310 | 554,400 | 880,965 |
| 2015 | 194,320 | 5,875 | 7,973 | 12,989 | 28,387 | 478,924 | 785,540 | 568,986 | 912,843 |
| 2016 | 198,343 | 5,915 | 8,030 | 13,397 | 29,537 | 498,828 | 824,273 | 583,898 | 945,720 |
| 2017 | $202,445 | $10,943† | $15,683† | $18,797† | $35,419† | $519,381 | $860,589 | $599,118 | $975,141 |
| Termination Dividend | | $ 5,000 | $ 8,750 | $ 5,000 | $ 8,750 | | | | |
| IRR 37 Years | | | | | | 2.42% | 4.70% | 3.08% | 5.25% |

\* Assumes policy originally issued with fixed loan rate updated to adjustable loan rate in 1983.
\*\* Assumes no paid-up additions are surrendered.
† Numbers include termination dividend in 2017 for cash dividends and total dividends. Termination dividend included in Total Cash Value and Total Death Benefit beginning in year 15. Termination dividends are only available upon full policy surrender or death.

8

## Appendix – Actual Historical Performance Since 1980

**Policy 3 – Hypothetical Policy Issued in 1980***
Life Paid-up at 65 Whole Life – MM Block, $250,000 Policy, Male Age 35, Nonsmoker

Premium: $4,427.50
Reserve Basis (CSO and percent): 1958 CSO – 4.00%

| Year | Guar Cash Value | Cash Dividends | | Total Dividends | | Total Cash Value | | Total Death Benefit | |
|---|---|---|---|---|---|---|---|---|---|
| | | Illust. | Actual | Illust. | Actual | Illust.† | Actual† | Illust.† | Actual† |
| 1981 | $ 0 | $ 270 | $ 270 | $ 270 | $ 270 | $ 270 | $ 270 | $250,965 | $250,965 |
| 1982 | 2,823 | 355 | 355 | 362 | 362 | 3,463 | 3,463 | 252,218 | 252,218 |
| 1983 | 6,793 | 448 | 448 | 464 | 464 | 7,919 | 7,919 | 253,773 | 253,773 |
| 1984 | 10,880 | 548 | 955 | 577 | 1,026 | 12,620 | 13,069 | 255,643 | 257,102 |
| 1985 | 15,088 | 650 | 1,205 | 695 | 1,384 | 17,579 | 18,733 | 257,827 | 261,450 |
| 1986 | 19,408 | 770 | 1,475 | 835 | 1,774 | 22,814 | 24,944 | 260,366 | 266,847 |
| 1987 | 23,848 | 893 | 1,753 | 981 | 2,207 | 28,345 | 31,769 | 263,259 | 273,353 |
| 1988 | 28,405 | 1,028 | 1,985 | 1,145 | 2,615 | 34,190 | 39,192 | 266,530 | 280,826 |
| 1989 | 33,083 | 1,155 | 2,188 | 1,306 | 2,945 | 40,355 | 47,154 | 270,148 | 288,985 |
| 1990 | 37,885 | 1,290 | 2,173 | 1,480 | 3,071 | 46,865 | 55,467 | 274,125 | 297,236 |
| 1991 | 42,660 | 1,425 | 2,425 | 1,660 | 3,550 | 53,577 | 64,334 | 278,452 | 306,487 |
| 1992 | 47,553 | 1,568 | 2,230 | 1,854 | 3,461 | 60,657 | 73,349 | 283,141 | 315,241 |
| 1993 | 52,560 | 1,718 | 2,213 | 2,063 | 3,553 | 68,122 | 82,688 | 288,205 | 323,964 |
| 1994 | 57,685 | 1,865 | 2,360 | 2,275 | 3,890 | 75,985 | 92,599 | 293,629 | 333,239 |
| 1995 | 62,923 | 2,015 | 2,498 | 2,497 | 4,138 | 84,962 | 103,705 | 300,118 | 343,528 |
| 1996 | 68,278 | 2,153 | 2,513 | 2,713 | 4,157 | 94,467 | 115,196 | 307,045 | 353,706 |
| 1997 | 73,745 | 2,330 | 2,735 | 2,982 | 4,614 | 104,555 | 127,469 | 314,508 | 364,706 |
| 1998 | 79,330 | 2,500 | 2,988 | 3,253 | 5,139 | 115,244 | 140,437 | 322,491 | 376,454 |
| 1999 | 85,038 | 2,673 | 3,260 | 3,536 | 5,713 | 126,560 | 154,261 | 330,998 | 389,103 |
| 2000 | 90,868 | 2,848 | 3,435 | 3,833 | 6,155 | 137,519 | 168,819 | 339,030 | 402,328 |
| 2001 | 96,825 | 3,008 | 3,738 | 4,123 | 6,804 | 148,707 | 183,929 | 347,131 | 416,103 |
| 2002 | 102,915 | 3,165 | 3,830 | 4,421 | 7,113 | 160,441 | 199,670 | 355,598 | 430,128 |
| 2003 | 109,138 | 3,320 | 4,070 | 4,726 | 7,751 | 172,734 | 216,380 | 364,424 | 445,008 |
| 2004 | 115,503 | 3,485 | 3,705 | 5,059 | 7,354 | 185,626 | 233,039 | 373,640 | 458,809 |
| 2005 | 122,018 | 3,653 | 3,250 | 5,407 | 6,748 | 199,144 | 249,427 | 383,255 | 471,212 |
| 2006 | 128,693 | 3,833 | 4,115 | 5,786 | 8,586 | 213,331 | 267,978 | 393,302 | 486,528 |
| 2007 | 135,545 | 4,010 | 4,390 | 6,180 | 9,324 | 228,225 | 287,645 | 403,789 | 502,754 |
| 2008 | 142,588 | 4,188 | 5,118 | 6,590 | 11,024 | 243,856 | 309,405 | 414,724 | 521,447 |
| 2009 | 149,848 | 4,353 | 4,815 | 6,999 | 10,696 | 260,253 | 331,290 | 426,084 | 539,213 |
| 2010 | 157,350 | 4,515 | 4,203 | 7,422 | 9,677 | 277,452 | 352,465 | 437,876 | 554,849 |
| 2011 | 160,650 | 4,118 | 4,363 | 7,301 | 10,418 | 290,468 | 370,091 | 449,238 | 571,061 |
| 2012 | 163,913 | 4,223 | 4,898 | 7,690 | 12,112 | 303,954 | 389,541 | 460,967 | 589,534 |
| 2013 | 167,128 | 4,340 | 5,265 | 8,117 | 13,412 | 317,936 | 410,422 | 473,109 | 609,597 |
| 2014 | 170,285 | 4,465 | 5,788 | 8,579 | 15,176 | 332,426 | 433,187 | 485,704 | 631,878 |
| 2015 | 173,375 | 4,605 | 6,193 | 9,090 | 16,834 | 347,458 | 457,723 | 498,811 | 656,152 |
| 2016 | 176,398 | 4,743 | 6,380 | 9,621 | 18,032 | 363,049 | 483,582 | 512,446 | 681,708 |
| 2017 | $179,360 | $9,853† | $14,565† | $15,122† | $26,031† | $379,185 | $508,838 | $526,556 | $705,795 |
| Termination Dividend | | $5,000 | $8,750 | $5,000 | $8,750 | | | | |
| IRR 37 Years | | | | | | 4.45% | 5.63% | 5.77% | 6.93% |

* Assumes policy originally issued with fixed loan rate updated to adjustable loan rate in 1983.
** Assumes no paid-up additions are surrendered.
† Numbers include termination dividend in 2017 for cash dividends and total dividends. Termination dividend included in Total Cash Value and Total Death Benefit beginning in year 15. Termination dividends are only available upon full policy surrender or death.

9

## Appendix – Actual Historical Performance Since 1980

**Policy 4 – Hypothetical Policy Issued in 1980***
Life Paid-up at 65 Whole Life – MM Block, $250,000 Policy, Female Age 35, Nonsmoker

Premium: $4,077.50
Reserve Basis (CSO and percent): 1958 CSO – 4.00%

| Year | Guar Cash Value | Cash Dividends | | Total Dividends | | Total Cash Value | | Total Death Benefit | |
|---|---|---|---|---|---|---|---|---|---|
| | | Illust. | Actual | Illust. | Actual | Illust.† | Actual† | Illust.† | Actual† |
| 1981 | $ 0 | $ 270 | $ 270 | $ 270 | $ 270 | $ 270 | $ 270 | $250,965 | $250,965 |
| 1982 | 2,823 | 355 | 355 | 362 | 362 | 3,463 | 3,463 | 252,218 | 252,218 |
| 1983 | 6,793 | 448 | 448 | 464 | 464 | 7,919 | 7,919 | 253,773 | 253,773 |
| 1984 | 10,880 | 548 | 955 | 577 | 1,026 | 12,620 | 13,069 | 255,643 | 257,102 |
| 1985 | 15,088 | 650 | 1,205 | 695 | 1,384 | 17,579 | 18,733 | 257,827 | 261,450 |
| 1986 | 19,408 | 770 | 1,475 | 835 | 1,774 | 22,814 | 24,944 | 260,366 | 266,847 |
| 1987 | 23,848 | 893 | 1,753 | 981 | 2,207 | 28,345 | 31,769 | 263,259 | 273,353 |
| 1988 | 28,405 | 1,028 | 1,985 | 1,145 | 2,615 | 34,190 | 39,192 | 266,530 | 280,826 |
| 1989 | 33,083 | 1,155 | 2,188 | 1,306 | 2,945 | 40,355 | 47,154 | 270,148 | 288,985 |
| 1990 | 37,885 | 1,290 | 2,173 | 1,480 | 3,071 | 46,865 | 55,467 | 274,125 | 297,236 |
| 1991 | 42,660 | 1,425 | 2,425 | 1,660 | 3,550 | 53,577 | 64,334 | 278,452 | 306,487 |
| 1992 | 47,553 | 1,568 | 2,230 | 1,854 | 3,461 | 60,657 | 73,349 | 283,141 | 315,241 |
| 1993 | 52,560 | 1,718 | 2,213 | 2,063 | 3,553 | 68,122 | 82,688 | 288,205 | 323,964 |
| 1994 | 57,685 | 1,865 | 2,360 | 2,275 | 3,890 | 75,985 | 92,599 | 293,629 | 333,239 |
| 1995 | 62,923 | 2,015 | 2,498 | 2,497 | 4,138 | 84,962 | 103,705 | 300,118 | 343,528 |
| 1996 | 68,278 | 2,153 | 2,513 | 2,713 | 4,157 | 94,467 | 115,196 | 307,045 | 353,706 |
| 1997 | 73,745 | 2,330 | 2,735 | 2,982 | 4,614 | 104,555 | 127,469 | 314,508 | 364,706 |
| 1998 | 79,330 | 2,500 | 2,988 | 3,253 | 5,139 | 115,244 | 140,437 | 322,491 | 376,454 |
| 1999 | 85,038 | 2,673 | 3,260 | 3,536 | 5,713 | 126,560 | 154,261 | 330,998 | 389,103 |
| 2000 | 90,868 | 2,848 | 3,435 | 3,833 | 6,155 | 137,519 | 168,819 | 339,030 | 402,328 |
| 2001 | 96,825 | 3,008 | 3,738 | 4,123 | 6,804 | 148,707 | 183,929 | 347,131 | 416,103 |
| 2002 | 102,915 | 3,165 | 3,830 | 4,421 | 7,113 | 160,441 | 199,670 | 355,598 | 430,128 |
| 2003 | 109,138 | 3,320 | 4,070 | 4,726 | 7,751 | 172,734 | 216,380 | 364,424 | 445,008 |
| 2004 | 115,503 | 3,485 | 3,705 | 5,059 | 7,354 | 185,626 | 233,039 | 373,640 | 458,809 |
| 2005 | 122,018 | 3,653 | 3,250 | 5,407 | 6,748 | 199,144 | 249,427 | 383,255 | 471,212 |
| 2006 | 128,693 | 3,833 | 4,115 | 5,786 | 8,586 | 213,331 | 267,978 | 393,302 | 486,528 |
| 2007 | 135,545 | 4,010 | 4,390 | 6,180 | 9,324 | 228,225 | 287,645 | 403,789 | 502,754 |
| 2008 | 142,588 | 4,188 | 5,118 | 6,590 | 11,024 | 243,856 | 309,405 | 414,724 | 521,447 |
| 2009 | 149,848 | 4,353 | 4,815 | 6,999 | 10,696 | 260,253 | 331,290 | 426,084 | 539,213 |
| 2010 | 157,350 | 4,515 | 4,203 | 7,422 | 9,677 | 277,452 | 352,465 | 437,876 | 554,849 |
| 2011 | 160,650 | 4,118 | 4,363 | 7,301 | 10,418 | 290,468 | 370,091 | 449,238 | 571,061 |
| 2012 | 163,913 | 4,223 | 4,898 | 7,690 | 12,112 | 303,954 | 389,541 | 460,967 | 589,534 |
| 2013 | 167,128 | 4,340 | 5,265 | 8,117 | 13,412 | 317,936 | 410,422 | 473,109 | 609,597 |
| 2014 | 170,285 | 4,465 | 5,788 | 8,579 | 15,176 | 332,426 | 433,187 | 485,704 | 631,878 |
| 2015 | 173,375 | 4,605 | 6,193 | 9,090 | 16,834 | 347,458 | 457,723 | 498,811 | 656,152 |
| 2016 | 176,398 | 4,743 | 6,380 | 9,621 | 18,032 | 363,049 | 483,582 | 512,446 | 681,708 |
| 2017 | $179,360 | $9,853† | $14,565† | $15,122† | $26,031† | $379,185 | $508,838 | $526,556 | $705,795 |
| Termination Dividend | | $5,000 | $8,750 | $5,000 | $8,750 | | | | |
| IRR 37 Years | | | | | | 4.78% | 5.96% | 6.10% | 7.25% |

* Assumes policy originally issued with fixed loan rate updated to adjustable loan rate in 1983.
** Assumes no paid-up additions are surrendered.
† Numbers include termination dividend in 2017 for cash dividends and total dividends. Termination dividend included in Total Cash Value and Total Death Benefit beginning in year 15. Termination dividends are only available upon full policy surrender or death.

10

# Appendix – Actual Historical Performance Since 1980

**Policy 5 – Hypothetical Policy Issued in 1980\***
10 Payment Whole Life – MM Block, $250,000 Policy, Male Age 50, Nonsmoker

Premium: $14,445.00
Reserve Basis (CSO and percent): 1958 CSO – 4.00%

|  |  |  |  | With Paid-Up Additions Option\*\* | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Year | Guar Cash Value | Cash Dividends | | Total Dividends | | Total Cash Value | | Total Death Benefit | |
|  |  | Illust. | Actual | Illust. | Actual | Illust.[†] | Actual[†] | Illust.[†] | Actual[†] |
| 1981 | $ 5,510 | $ 1,365 | $ 1,365 | $ 1,365 | $ 1,365 | $ 6,875 | $ 6,875 | $253,073 | $ 253,073 |
| 1982 | 18,408 | 1,548 | 1,548 | 1,584 | 1,584 | 21,395 | 21,395 | 256,539 | 256,539 |
| 1983 | 31,748 | 1,728 | 1,728 | 1,807 | 1,807 | 36,625 | 36,625 | 260,386 | 260,386 |
| 1984 | 45,558 | 1,910 | 3,633 | 2,040 | 3,948 | 52,610 | 54,518 | 264,613 | 268,566 |
| 1985 | 59,870 | 2,098 | 4,353 | 2,286 | 5,104 | 69,399 | 74,177 | 269,225 | 278,863 |
| 1986 | 74,728 | 2,405 | 5,195 | 2,660 | 6,397 | 87,170 | 95,812 | 274,452 | 291,434 |
| 1987 | 90,170 | 2,708 | 6,055 | 3,041 | 7,829 | 105,978 | 119,633 | 280,276 | 306,428 |
| 1988 | 106,253 | 3,013 | 6,055 | 3,436 | 8,471 | 125,901 | 144,940 | 286,692 | 322,246 |
| 1989 | 123,035 | 3,330 | 6,100 | 3,858 | 8,920 | 147,034 | 171,612 | 293,720 | 338,496 |
| 1990 | 140,593 | 3,645 | 5,828 | 4,292 | 9,063 | 169,471 | 199,423 | 301,351 | 354,611 |
| 1991 | 143,958 | 3,598 | 9,043 | 4,380 | 12,974 | 177,907 | 217,170 | 308,957 | 377,142 |
| 1992 | 147,323 | 3,708 | 8,283 | 4,633 | 12,678 | 186,698 | 234,924 | 316,818 | 398,656 |
| 1993 | 150,680 | 3,815 | 7,770 | 4,894 | 12,609 | 195,847 | 252,887 | 324,938 | 419,575 |
| 1994 | 154,025 | 3,918 | 7,058 | 5,159 | 12,609 | 205,354 | 271,110 | 333,312 | 440,042 |
| 1995 | 157,350 | 4,015 | 6,650 | 5,430 | 12,566 | 216,330 | 290,641 | 343,053 | 461,120 |
| 1996 | 160,650 | 4,118 | 5,988 | 5,718 | 11,987 | 227,831 | 309,970 | 353,221 | 481,044 |
| 1997 | 163,913 | 4,223 | 6,248 | 6,022 | 13,062 | 239,860 | 330,934 | 363,834 | 502,621 |
| 1998 | 167,128 | 4,340 | 6,923 | 6,358 | 14,735 | 252,038 | 353,426 | 374,535 | 526,008 |
| 1999 | 170,285 | 4,465 | 7,338 | 6,719 | 16,311 | 263,424 | 377,660 | 384,399 | 551,303 |
| 2000 | 173,375 | 4,605 | 8,350 | 7,121 | 18,407 | 275,234 | 404,143 | 394,667 | 579,189 |
| 2001 | 176,398 | 4,743 | 8,565 | 7,537 | 19,804 | 287,482 | 431,524 | 405,349 | 607,929 |
| 2002 | 179,360 | 4,853 | 8,370 | 7,930 | 20,319 | 300,157 | 458,946 | 416,403 | 636,253 |
| 2003 | 182,270 | 4,935 | 8,543 | 8,295 | 21,721 | 313,241 | 487,971 | 427,780 | 666,046 |
| 2004 | 185,143 | 5,008 | 7,865 | 8,657 | 20,984 | 326,755 | 516,508 | 439,470 | 694,381 |
| 2005 | 187,985 | 5,068 | 7,160 | 9,011 | 19,963 | 340,707 | 544,266 | 451,454 | 720,930 |
| 2006 | 190,798 | 5,113 | 8,318 | 9,350 | 24,078 | 355,079 | 576,356 | 463,705 | 752,479 |
| 2007 | 193,568 | 5,148 | 8,430 | 9,683 | 25,488 | 369,844 | 610,085 | 476,211 | 785,398 |
| 2008 | 196,280 | 5,183 | 9,100 | 10,025 | 28,712 | 384,982 | 647,224 | 488,979 | 821,968 |
| 2009 | 198,915 | 5,223 | 8,440 | 10,386 | 27,927 | 400,469 | 683,723 | 502,033 | 857,068 |
| 2010 | 201,458 | 5,268 | 7,433 | 10,766 | 25,729 | 416,291 | 718,079 | 515,394 | 888,997 |
| 2011 | 203,900 | 5,310 | 6,725 | 11,156 | 25,935 | 432,433 | 752,614 | 529,072 | 920,795 |
| 2012 | 206,240 | 5,353 | 7,035 | 11,557 | 28,432 | 448,896 | 789,583 | 543,082 | 955,260 |
| 2013 | 208,485 | 5,390 | 7,148 | 11,958 | 30,007 | 465,686 | 828,090 | 557,421 | 991,242 |
| 2014 | 210,648 | 5,428 | 7,338 | 12,371 | 31,957 | 482,835 | 868,545 | 572,103 | 1,029,169 |
| 2015 | 212,740 | 5,465 | 7,383 | 12,796 | 33,523 | 500,379 | 910,609 | 587,141 | 1,068,563 |
| 2016 | 214,773 | 5,503 | 7,465 | 13,235 | 35,233 | 518,345 | 954,458 | 602,546 | 1,109,576 |
| 2017 | $216,760 | $10,533[†] | $15,290[†] | $18,672[†] | $41,351[†] | $536,769 | $995,811 | $618,315 | $1,147,176 |
| Termination Dividend |  | $ 5,000 | $ 8,750 | $ 5,000 | $ 8,750 |  |  |  |  |
| IRR 37 Years |  |  |  |  |  | 4.10% | 6.07% | 4.55% | 6.53% |

\* Assumes policy originally issued with fixed loan rate updated to adjustable loan rate in 1983.
\*\* Assumes no paid-up additions are surrendered.
[†] Numbers include termination dividend in 2017 for cash dividends and total dividends. Termination dividend included in Total Cash Value and Total Death Benefit beginning in year 15. Termination dividends are only available upon full policy surrender or death.

11

# MassMutual. We'll help you get there.®

There are many reasons to choose a life insurance company to help meet your financial needs: protection for your family or business, products to provide supplemental income and the confidence of knowing you will be prepared for the future.

At Massachusetts Mutual Life Insurance Company (MassMutual), we operate for the benefit of our participating policyowners. We stand strong in the fundamental belief that every secure future begins with a good decision. And when choosing a life insurance company – ownership, strength and stability matter.

Learn more at www.massmutual.com/mutuality

Insurance products issued by Massachusetts Mutual Life Insurance Company, Springfield, MA 01111-0001 and its subsidiaries, C.M. Life Insurance Company and MML Bay State Life Insurance Company, Enfield, CT 06082.



© 2016 Massachusetts Mutual Life Insurance Company, Springfield, MA 01111-0001. All rights reserved. www.massmutual.com.
MassMutual Financial Group is a marketing name for Massachusetts Mutual Life Insurance Company (MassMutual) and its affiliated companies and sales representatives.

LI7954   1116                                                                                                                CRN201711-208157