Robert S. Horne
1552 Halladay Road
Middlebury, VT 05753
802-388-7188

May 2, 2017

Clerk of the Court
U.S. District Court
District of Massachusetts
John Joseph Moakley
U.S. Courthouse
One Courthouse Way, Suite 2300
Boston, MA 02210

Dear Sir,

In the matter of Bacchi v. Massachusetts Mutual Life Ins. Co., I received a settlement letter addressed to my father, Clifton B. Horne (copy of mailer enclosed). Clifton B. Horne passed away on September 29, 2008 and, as Executor, I closed out his estate long ago. Therefore, I assume that the proper action would be to opt out of the settlement.

If there are any questions, please contact me.

Yours,

Robert S. Horne

Bacchi v. Massachusetts Mutual Life Insurance Co.
Analytics LLC, Settlement Administrator
P.O. Box 2004
Chanhassen, MN 55317-2004

PRESORTED
FIRST-CLASS MAIL
U.S. POSTAGE
**PAID**
TWIN CITIES, MN
PERMIT NO. 3648

Claim Number: 3225587

MML004B9C466B

T3839 P85
CLIFTON B HORNE
1552 HALLADAY RD
MIDDLEBURY VT 05753-9148