4 Lake View Drive
Old Tappan, NJ 07675
May 5, 2017

VIA CERTIFIED MAIL – RRR

Bacchi v. Massachusetts Mutual Life Insurance Co.,
Analytics LLC
Settlement Administrator
P.O. Box 2004
Chanhassen, MN 55317-2004

Re:   Civil Action No. 12-11280-DJC

Dear Sir or Madam:

With respect to the proposed settlement of the above captioned matter, this is to advise that I wish to be excluded and receive no benefits under the terms of the proposed settlement.

I wish to retain any rights I may have against Mass Mutual.

Thank you.

Very Truly Yours,

Alfred Daniel Fierro

ADF/mg

Cc: Clerk of Court – Boston, MA
    Adkins, Kelston & Zavez, P.C.
    Skadden, Arps, Slate, Meagher & Flom LLP