

Mr. Joseph P. Pannitto
4550 Rivermist Dr.
Melbourne, FL 32935-7163

Clerk of Courts
U.S. District Court
District of Massachusetts
U.S. Courthouse
One Courthouse Way, Suite 2300
Boston, MA 02210

May 05, 2017.

Re. Bacchi v. Massachusetts Mutual Life Insurance Company

I DO NOT wish to be excluded from this action, but I object to the fact that my late wife, Margaret B. Pann itto has been excluded and I writing today to have her included.

My late wife, Margaret, and I had separate contracts with Mass Mutual. Her Contract # was 8 504 147. Mine is: 8 504 181.

During April of 1989 we each started to receive our separate annuity payments. "Peg" did In fact receive her separate annuity payment, every month, until her passing on April 20, 2007. This includes the period: January 01, 2001 to April 20. 2007!

In order to protect my wife our contract had the proviso that the survivor would receive both annuity payments for the remainder of their natural life. Unfortunately, she passed first. I have been receiving both annuity payments since her passing in 2007.

I am requesting that she also be included. Her SSN# was 032 16 3050.

Respectfully,

Attch: Copy of Trust

Joe Pannitto

## CERTIFICATE REGARDING REVOCABLE LIVING TRUST

Assets should be registered in the following manner:
JOSEPH P. PANNITTO and/or MARGARET B. PANNITTO, Co-Trustees, to THE JOSEPH P. PANNITTO TRUST, UTD 6th day of August, 2004.

This Certificate is executed and delivered to certify to the execution and continued existence of a certain Revocable Living Trust executed by JOSEPH P. PANNITTO Grantor/Co-Trustee and MARGARET B. PANNITTO Co-Trustee, EDWARD W. PEPYNE JR. and DEBORAH L. DANIELS, being the Co-Successor Trustees designated therein.

Certain of the trust provisions contained in the described Trust are as follows:

1. Grantor reserves the right to REVOKE the Trust, to AMEND it in any manner, and to WITHDRAW all trust income and principal.

2. The signature of any one Trustee or co-Trustee shall be deemed as sufficient to exercise all the Trustee powers contained in this Trust.

### TRUSTEE POWERS AND DISCRETIONS

The Trustee(s) (including any successor) has the power to sell, mortgage, borrow, purchase or grant or acquire options to purchase and convey any security or property, real or personal, held in this Trust, at public or private sale, and at such time and price and upon such terms and conditions (including credit) as Trustee(s) may determine. The Trustee(s) may open and maintain an account or accounts for the purchase and sale of securities, whether in cash or on margin, and to hold securities in the name of a nominee.

### HOMESTEAD

If the Grantors permanent residence is part of the Trust corpus, then the Grantors shall have the continuous present use, occupancy and possession of the property for Grantors lifetime. Said right shall be in accordance with the Florida Administrative Code and shall entitle Grantors to the homestead exemption for ad valorem taxation.

### REGARDING SUCCESSION OF TRUSTEE

Any person shall upon request deliver, transfer and pay over assets of this Trust to a Successor Trustee named herein upon presentation of a certificate, signed under oath by the Successor Trustee certifying to the death, incapacity or resignation of the prior Trustee, without any duty on the part of such third party to inquire into the accuracy of such certificate, and any person relying upon such certificate from the Successor Trustee shall be fully protected.

As GRANTOR(S), any person receiving this certificate is authorized to rely on it and assume that the Trust described herein was duly executed and funded, is presently in existence and will continue in existence until that person receives actual notice of cancellation, that there are no further limitations on the powers of the Trustee to deal with assets of the Trust, and that the Trust has not been amended to limit or modify the provisions set forth above.

In Witness Whereof, I Certify that the foregoing is true and correct and that I am presently acting as Trustee of that Trust.

_____          _____
Robyn Hatfield                            JOSEPH P. PANNITTO    Grantor/Trustee

_____          _____
Sherri L. Bessent                         MARGARET B. PANNITTO    Trustee

STATE OF FLORIDA
COUNTY OF Brevard
The foregoing instrument was acknowledged before me this 6th day of August, 2004 by Grantor.

_____
NOTARY PUBLIC

Edward J. Kennedy
Attorney At Law
#0111940

PAUL F. McCARTHY III
Notary Public, State of Florida
My comm. exp. Jan. 23, 2007
Comm. No. DD 179673