May 4, 2017

Clerk of the Court
United States District Court
District of Massachusetts
John Joseph Moakley
U.S. Courthouse
One Courthouse Way, Suite 2300
Boston, MA 02210

**Case Name Bacchi v. Massachusetts Mutual Life Insurance Company,**

**Civil Action No. 12-11280-DJC**

Dear Sir:

My name is Stuart Zalowitz, 447 Jason Drive, Memphis, TN 38120 and I am a member of the Settlement Class of the above referenced Case. I do not want to exclude myself from the settlement class, however I want to object to the settlement in part. I feel the class counsel applying to the court for an award of attorney's fees in an amount of 25% is exorbitant and totally out of line. To this 25% they will also receive their cost and expenses incurred in the prosecution of the case. There are thousands of policyholders in the Settlement and the average settlement to Members is a meager $22.02! Who really benefits from the legal action? Not the Settlement Class but the Attorneys! This is not justice! It is a group of lawyers eager to take advantage of a Major well established and prominent Financial Service Company in the Massachusetts Mutual Life Insurance Company and only provide meager funds to the actual parties effected by the actions.

How totally disproportionate and out of line this is when the class counsel has proposed only $3000 to be paid to the class representative in recognition of her time and effort expended on behalf of the settlement class. The document even says the court may award less than that amount. I would suggest that the court allot $10,000 to the class representative and only 5% as a fee to the attorneys plus their costs and expenses.

Thank you for your considerations to my suggestions and requests.

Sincerely yours,

*[signature]*

Stuart Zalowitz -- 447 Jason Drive – Memphis, TN 38120

Cc: Jason B. Adkins
John Peter Zaves
Adkins, Kelston & Zaves, P.C.
90 Canal Street
5th Floor
Boston, MA 02114

Cc: James R. Carroll
Kurt Wm. Herm
Alisha Q. Nanda
Skadden, Arps, Slate, Meagher & Flom LLP
500 Boylston Street
Boston, MA 02116