5/2/17

Bacchi v. Massachusetts Mutual Life Insurance Co.
Analytics LLC, Settlement Administrator
PO BOX 2004
Chanhassen, MN 55317-2004

Dear Sir or Madam:

"I wish to be excluded from the Settlement Class in Bacchi v. Massachusetts Mutual Life Insurance Co., Civil Action No. 12-11280-DJC". Thank you.

Sincerely,

*Larry Sutter*

Larry (Lawrence) R. Sutter,
24390 San Marcos Rd.
Carmel, California 93923


cc: Clerk of the Court
    United States District Court
    District of Massachusetts
    John Joseph Moakley

cc: Jason Atkins
    John Zavez
    90 Canal Sreet