May 8, 2017

Clerk of the Court
United States District Court
One Courthouse Way, Suite 2300
Boston, MA 02210

FILED
IN CLERKS OFFICE
2017 MAY 15  PM 3 04
U.S. DISTRICT COURT
DISTRICT OF MASS.

Re: Bacchi v. MassMutual Life, Civil Action No. 12-11280-DJC

My name is Robert P. Henry, Jr., of 54 Ridge Road, East Longmeadow, MA 01028.  I am a member of the Settlement Class, as I have two applicable life policies.   I object to this proposed settlement on three grounds:

1. Dividends have always been described to me as "not guaranteed, either in amount or in time."  While the company has described its policy of calculating dividends based on mortality, investment income and company operating expenses, it has never committed to follow that policy without deviation, and may change it at any time.  The settlement clearly states that inasmuch as the company's calculation of surplus is held to be in error, therefore in some way the company becomes obligated to pay an increased dividend.  This is non –factual and a non-sequitur.

2. If in fact the company's calculation of surplus were to be found to be in violation of law or statute, the penalty should be a criminal complaint and the punishment a fine, not a settlement with people who were not directly harmed by such misstatement.  It is a violation of the Mass and federal constitutions to unlawfully restrict a company's operations so as to substitute the court's opinions on a factual matter for that of the company's actuaries, absent a finding of criminality.

3. Counsel for the litigants will receive fees up to $9 million dollars, plus God-only-knows-how-much in expenses, meaning they will pocket over a third of the settlement, while the average policyowner will receive $22 in "substantial benefits".  This imbalance is monstrously egregious.  If the error and the damages are so minor as to be worth a mere $22 over 15 years, the case should have been summarily dismissed by any thinking court as being flagrantly frivolous.

In summary, this case is a poster-child for the abuse of the law by class-action suits having no merit other than enriching the leeches in our legal system who extort innocent companies with deep pockets.  It makes a mockery of our judicial system, which does not have the strength of character and moral courage to dismiss them.  It damages quality companies, their clients – soon to be over $10 MILLION poorer after legal fees -- and thereby hurts the economy and all Americans.  This case should be dismissed with prejudice and a substantial fine levied against the client's counsel.

Sincerely,

*[signature: Robert Henry Jr.]*

cc:     Jason B. Adkins, et al                    cc:     James R. Carroll et al
        ADKINS, KELSTON et al                            SKADDEN ARPS, et al
        90 Canal Street, 5th Floor                       500 Boylston Street
        Boston MA 02114                                  Boston MA 02116

**Bacchi v. Massachusetts Mutual Life Insurance Co.**
Analytics LLC, Settlement Administrator
P.O. Box 2004
Chanhassen, MN 55317-2004

PRESORTED
FIRST-CLASS MAIL
U.S. POSTAGE
**PAID**
TWIN CITIES, MN
PERMIT NO. 3648

Claim Number: 1725628

MML0038CB0BAF

T3538 P80
R PATRICK HENRY
54 RIDGE RD
E LONGMEADOW MA 01028-1321

---

**Bacchi v. Massachusetts Mutual Life Insurance Co.**
Analytics LLC, Settlement Administrator
P.O. Box 2004
Chanhassen, MN 55317-2004

PRESORTED
FIRST-CLASS MAIL
U.S. POSTAGE
**PAID**
TWIN CITIES, MN
PERMIT NO. 3648

Claim Number: 1725627

MML0038DC1258

T3538 P80
ROBERT P HENRY JR
54 RIDGE RD
E LONGMEADOW MA 01028-1321