UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
JOHN JOSEPH MOAKLEY US COURT HOUSE
1 COURT HOUSE WAY SUITE 2300
BOSTON, MASSACHUSETTS 02210

JASON B. ATKINS AND
JOHN ZAVEZ ATKINS,
ADKINS, KELSTON & ZAVEZ P.C.
90 CANAL STREET 5TH FLOOR
BOSTON MASSACHUSETTS 02114

JAMES R. CARROLL
CURT WILLIAM HEMR
ALISHA Q. NANDA,
SKADDEN, ARPS, SLATE, MEAGHER AND FLOM LLP
500 BOYLSTON STREET
BOSTON, MASSACHUSETTS 02116

    RE:    BACCHI VS. MASSACHUSETTS
            MUTUAL LIFE INSURANCE COMPANY
            12-11280-DJC

APPROVAL OF SETTLEMENT OPTION

Comes now the undersigned, John P. Geismann, P.O. Box 321, Highland, IL, 62249, and hereby states that he is a member of the Settlement Class with respect to the above styled matter and by these presences does hereby state that he is in full accord and has no objection to the proposed settlement in the above styled matter.

Dated this 7 day of MAY, 2016.

JOHN P. GEISMANN
P.O. BOX 321
HIGHLAND, IL 62249
PHONE: 618-975-4996

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
JOHN JOSEPH MOAKLEY US COURT HOUSE
1 COURT HOUSE WAY SUITE 2300
BOSTON, MASSACHUSETTS 02210

JASON B. ATKINS AND
JOHN ZAVEZ ATKINS,
ADKINS, KELSTON & ZAVEZ P.C.
90 CANAL STREET 5TH FLOOR
BOSTON MASSACHUSETTS 02114

JAMES R. CARROLL
CURT WILLIAM HEMR
ALISHA Q. NANDA,
SKADDEN, ARPS, SLATE, MEAGHER AND
FLOM LLP
500 BOYLSTON STREET
BOSTON, MASSACHUSETTS 02116

    RE:   BACCHI VS. MASSACHUSETTS
           MUTUAL LIFE INSURANCE COMPANY
           12-11280-DJC

PROOF OF SERVICE

      The undersigned, John P. Geismann, begin first duly sworn, upon oath, states that he has personally served a true and correct copy of APPROVAL OF SETTLEMENT OPTION to the following, to-wit:

JASON B. ATKINS AND
JOHN ZAVEZ ATKINS,
ADKINS, KELSTON & ZAVEZ P.C.
90 CANAL STREET 5TH FLOOR
BOSTON MASSACHUSETTS 02114

JAMES R. CARROLL
CURT WILLIAM HEMR
ALISHA Q. NANDA,
SKADDEN ARPS, SLATE, MEAGHER AND
FLOM LLP
500 BOYLSTON STREET
BOSTON, MASSACHUSETTS 02116

By depositing a copy of the same in the United States Post Office Box, enclosed in an envelope with postage fully paid, addressed to the party above described on this the 9 day of MAY, 2017.

By: _____
John P. Geismann, 930490
Attorney at Law
P. O. Box 321
Highland, IL  62249
Telephone: 618/975-2708