5/4/17

Dear Honorable Judge Denese Casper,

I am writing you re: the settlement Class member:

re: The class action lawsuit Massachusetts Mutual Life Insurance Company (Mass Mutual) Jan. 1# 2001 - Dec. 31, 2016

Why I am writing I believe it is not puwa fair to the policy holders because we will only receive $22.02 — while lawyer received 25% of the 37.5 million

pg. 2

I believe policy holders should receive more. This is only fair to ask. I am asking you to consider awarding policy holders more of the 37.5 million. Thank you for your time and consideration.

Octavia Welch
a New York resident — who has 2 policies with Mass Mutual

[signature] 5/4/17