Buddie E Gran
1429 Wilson Ave.
Escondido Ca. 92027-1949
760-743-1949

RECEIVED IN CLERK'S OFFICE
DATE 3/15/17

May 08, 2017

Claim # 2372565 Member of the Settlement Class of Bacchi v, Massachusetts Mutual Life Insurance Company, Civil Action No. 12-11280-DJC.

| | | |
|---|---|---|
| Clerk of the Court | Class Counsel | Mass. Mutual Counsel |
| United States District Court | Jason B. Adkins | James R. Carroll |
| District of Massachusetts | John Peter Zavez | Kurt Wm. Hemr |
| John Joseph Moakley | Adkins, Kalston, & Zavez, P.C. | Alisha Q. Nanda |
| U.S. Courthouse | 90 Canal Street 5TH Floor | SKADDEN, ARPS, |
| One Courthouse Way | Boston MA 02114 | SLATE, MEAGHER & |
| Boston MA 02210 | | FROM LLP |
| | | 500 Boylston Street |
| | | Boston MA 02116 |

To Whom This May Concern,
August 18, 2000 I was declared permanently disabled from injury December 04, 1996 shortly after this [5 months] Massachusetts Mutual Life Insurance Company from January 01, 2001 thru December 31, 2016 withheld funds that policyholders as myself did not receive dividends due to there negligence.
There should be severe penalties for any Company that preys on the disabled.
My concern is this, has anyone brought this up during the discussions prior to this settlement if not! Why not?
Permanent disability is one of my priorities, my policy had disability clause and Massachusetts Mutual Life Insurance Company was paying for disability.
This may or may not make a difference; I had to bring it up as it may make a difference.

Thank you

Buddie E. Gran

Page 1 of 1