# GERHARD W. MAYER
ZEISIGWEG 13
D 72336 BALINGEN
GERMANY



*To addressee marked on front side*

Massachusetts Mutual Life Insurance Company
Class Action Settlement
**Objection**

Ladies, Gentlemen!

In 2001, I have been a policyholder of a.m. insurance company.

The policy number is 4 748 293, issued 11/01/1971 in Davenport, Iowa.

The dividend or returns of the policy did not meet the projected value.

I fit the description as a member of the settlement class and consider myself qualified for participating in the settlement.

However, I did not receive a notice of participating in this class action settlement.

**I object to the current proceedings and request, to be included in the settlement.**

Please inform me about my rights and the actions, I must take, to participate in the settlement and request to be included in the list as a qualified member.

Thanks for your prompt information.

*Gerhard W. Mayer*
Gerhard W. Mayer

# GERHARD W. MAYER
ZEISIGWEG 13
D 72336 BALINGEN
GERMANY

---

| G.Mayer, Zeisigweg 13, D 72336 Balingen, Germany | 2017 May 11 | Court |

✓ Clerk oft he Court
United States District Court
District of Massachusetts
John Josef Moakley                     see reverse side
U.S. Courthouse
One Courthouse Way, Suite 2300
Boston, MA 02210        **USA**

---

CC:

| G. Mayer, Zeisigweg 13, D 72336 Balingen, Germany | 2017 May 11 | Class Counsel |

Jason B. Adkins
John Peter Zavez                       see reverse side
ADKINS, KELSTONE & ZAVEC, P.C.
90 Canal Street, 5th Floor
Boston MA 02114        **USA**

CC:

| G.Mayer, Zeisigweg 13, D 72336 Balingen, Germany | 2017 May 11 | Mass Mutual's Counsel |

James R. Carroll
Kurt Wm. Hemar
Alisha Q. Nanda                        see reverse side
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
500 Boylston Street
Boston MA 02116        **USA**

# James M. Skidmore, Jr., CPA, PA *Certified Public Accountant*

301 West State Street • Black Mountain, NC 28711 • (828) 669-4747 • Fax (828) 669-4745 • Cell (828) 335-0396

**CERTIFIED MAIL, with copy of return receipt requested.**

May 10, 2017

Clerk of the Court
United States District Court
District of Massachusetts
John Joseph Moakley
U. S. Courthouse
One Courthouse Way, Suite 2300
Boston, MA 02210

Jason B. Adkins
John Peter Zavez
ADKINS, KELSTON & ZAVEZ, P. C.
90 Canal Street, 5ht Floor
Boston, MA 02114

James R. Carroll
Kurt Wm. Hemr
Alisha Q. Nanda
SKADDEN ARPS, SLATE,
 MEAGHER & FLOM LLP
500 Boylston Street
Boston, MA 02116

Re: Proposed class settlement of the lawsuit called <u>Bacchi v. Massachusetts Mutual Life Insurance Company.</u>

I own five policies with Mass Mutual Life Insurance Company which I acquired during the years of 1960 to 1974. My original agent was my tennis partner at Albemarle High School, Albemarle, NC. These policies were purchased under a plan to protect my young family and provide for college education of my three children. The plan worked well and my children all graduated from UNC.

I am now 82 years old and I believed the plan would have carried the policy loans prior to my death. However, due to market conditions and the decline in policy earnings I am now paying annually about $1,200.00 per year to keep the policies in effect.

My objection is to not use paid up additions in the settlement calculations. I have tried to surrender paid up additions to pay the loans but this does not favor the policy owner. In addition I have tried to have excess earnings from dividend to reduce policy loans but the company cannot accomplish this either. At my age paid up additions in lieu of cash settlement is unfair to me and other policy owners who are near my age and have policy loans.

Thank you for your consideration of this objection to the settlement.

Sincerely,
James M. Skidmore, Jr. CPA, P. A.

*James M. Skidmore Jr. CPA*

James M. Skidmore, Jr. CPA
Post Office Box 83
Montreat, NC 28757

Enclosures

JAMES M. SKICMORE, JR.
SCHEDULE OF MASS MUTUAL DIVIDED PAID
OBJECTION TO CLASS ACTION LAW SUITE
May 4, 2017

| | | Policy Numbers | | | | | |
|---|---|---|---|---|---|---|---|
| | | _____ Policy Dates _____ | | | | | |
| | | 3-528537 | 3-655145 | 4-262021 | 4-783013 | 5-208114 | |
| Description | Dates | 02/07/60 | 10/01/61 | 04/04/67 | 03/15/72 | 04/04/74 | TOTAL |
| Face Amount | 2010 | $ 12,013.00 | $ 6,689.00 | $ 6,501.00 | $ 10,350.00 | $ 26,465.62 | $ 62,018.62 |
| Surrender Paid Up Additions to pay Loans | 2015 | (1,663.00) | (1,514.00) | | | (991.00) | $ (4,168.00) |
| | | $ 10,350.00 | $ 5,175.00 | $ 6,501.00 | $ 10,350.00 | $ 25,474.62 | $ 57,850.62 |
| | 2016 | | 76.00 | (717.00) | | | (641.00) |
| | | $ 10,350.00 | $ 5,251.00 | $ 5,784.00 | $ 10,350.00 | $ 25,474.62 | $ 57,209.62 |
| | 2017 | | | $ (85.00) | | | (85.00) |
| | | $ 10,350.00 | $ 5,251.00 | $ 5,699.00 | $ 10,350.00 | $ 25,474.62 | $ 57,124.62 |
| Dividends Paid: | Years | | | ANNUAL DIVIDENDS | | | |
| | 2001 | | | | | | |
| | 2002 | | | | | | |
| | 2003 | | | | | | |
| | 2004 | | | | | | |
| | 2005 | | | | | | |
| | 2006 | | | | | | |
| | 2007 | | | | | | |
| | 2008 | | | | | | |
| | 2009 | | | | | | |
| | 2010 | 360.31 | 200.05 | 202.90 | 351.20 | 613.95 | 1,728.41 |
| | 2011 | 343.40 | 200.05 | 202.90 | 351.20 | 613.95 | 1,711.50 |
| Estimated Dividends 2012. | 2012 | 353.70 | 205.63 | 208.99 | 344.50 | 632.37 | 1,745.19 |
| | 2013 | 364.55 | 209.26 | 201.90 | 349.00 | 599.31 | 1,724.02 |
| | 2014 | 375.42 | 209.26 | 207.28 | 356.70 | 623.35 | 1,772.01 |
| | 2015 | 319.40 | 162.00 | 207.28 | 356.70 | 623.35 | 1,668.73 |
| | 2016 | 326.20 | 166.30 | 185.89 | 365.80 | 610.19 | 1,654.38 |
| | 2017 | 305.80 | | 174.92 | 346.90 | 563.25 | 1,390.87 |

**JAMES M. SKIDMORE, JR.**
**SCHEDULE OF MASS MUTUAL LIFE INSURANCE - BY POLICY**

| Policy No. | Policy Date | Total Insurance Amount | Annual Premium | Annual Dividend | Add, Ins. Or Excess Div. Apply. To Loan | Posted | Pmt. Of Interest | Additional Interest | Principal | Loan Unpaid Balance | Cash Value | Net Cash Value | Net Total Ins. Coverage |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Summary by Policy: | | | | | | Updated | Rate | An. Interest | | | | | |
| 3-528537 | 2/27/60 | 10,350.00 | 177.00 | 305.80 | 128.80 | 2/27/16 | 0.05 | 243.43 | | 4,868.52 | 8,558.40 | 3,689.88 | 5,181.07 |
| 3-655145 | 10/19/61 | 5,251.00 | 95.45 | 166.30 | 70.85 | 10/18/16 | 0.05 | 0.00 | | 0.00 | 4,324.24 | 4,324.24 | 5,251.00 |
| 4-262021 | 4/4/67 | 5,699.00 | 111.60 | 185.89 | 74.29 | 4/4/16 | 0.05 | 0.00 | | 0.00 | 4,670.13 | 4,670.13 | 5,699.00 |
| 4-783013 | 3/15/72 | 10,350.00 | 252.00 | 346.90 | 94.90 | 3/15/17 | 0.06 | 196.62 | | 3,277.00 | 8,257.70 | 4,934.91 | 6,845.03 |
| 5-208114 | 4/4/74 | 25,474.62 | 583.42 | 563.25 | (20.17) | 4/4/17 | 0.06 | 1,013.33 | | 16,888.81 | 20,459.50 | 1,843.38 | 7,410.97 |
| TOTALS | | 57,124.62 | 1,219.47 | 1,568.14 | 348.67 | | | 1,453.37 | | 25,034.33 | 46,269.97 | 19,462.54 | 30,387.07 |

| Summary | Amount | | | | Last Updated 04/25/17 | | | | Amount | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Total Life Ins. | 57,124.62 | | | | | | Total Cash Value | | 46,269.97 | | | |
| Less-Total Loans Pay. | 25,034.33 | | | | | | Less-Total Loans Pay. | | 25,034.33 | | | |
| Life Ins-Net of Loans | 32,090.29 | | | | 04/30/17 | | Total Net Cash Value Available | | 21,235.64 | | | |

Note: Since retirement in 2005 policies are loosing about $1,200.00 per year because interest is in excess of dividends applied to premiums.
Solution pay down loans.

| | | |
|---|---|---|
| Annual Premiums | 1,219.47 | |
| Annual Interest Expense | 1,453.37 | |
| Total An Cost Cash Flow | 2,672.84 | |
| Less-Annual Dividends Received | (1,568.14) | |
| Annual Shortgage Required Pmt. | 1,104.70 | |

**Sale of CPA practice 2005:**
**Northwestern Mutual Life Insurance**

| Policy No. | Policy Date | Face Amount | Annual Premium | Annual Dividend | Excess Div. Apply. To Loan | Posted | Pmt. Of Interest | Additional Interest | Date Posted | Loan Unpaid Balance | Cash Value | Net Cash Value | Total Ins. Coverage |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 16500832 | 8/1/03 | $ 115,000.00 | 4,848.61 | 5,132.29 | | 02/09/17 | | | | $ - | 57,458.52 | 57,458.52 | $ 115,000.00 |

| Beneficiary Church | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Endowment | | (15,000.00) | | | Old firm ceased paying annual premiums 1-31-17. | | | | | | | | (15,000.00) |
| | | | | | Must decided by 5-1-17 how to continue the policy. | | | | | | | | |
| Jean Skidmore | | $ 100,000.00 | | | It will support itself because dividends currently exceed premiums. | | | | | | | | $ 100,000.00 |
| | | | | | Jean would take cash value. | | | | | | | | |
| | | | | | Paid Qtly. PREMIUM 5-1-17. ANNIVERSARY 8-1-17 | | | | | | | | |