**ALAN HIMMELFARB**
80 W. Sierra Madre Blvd., # 304
Sierra Madre, CA 91024
(626) 325-3104

May 10, 2017

Clerk of the Court
United States District Court, District of Massachusetts
John Joseph Moakley
U.S. Courthouse
One Courthouse Way, Suite 2300
Boston, MA 02210

Jason B. Adkins
John Peter Zavez
ADKINS, KELSTON & ZAVEZ, P.C.
90 Canal Street, 5th Floor
Boston, MA 02114

James R. Carroll
Kurt Wm. Hemr
Alisha Q. Nanda
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
500 Boylston Street
Boston, MA 02116

**Re: Bacchi v. Massachusetts Mutual Life Insurance Company, D. Mass. Civil Action No. 12-11280-DJC**

To whom it may concern,

 I object to the settlement on the following grounds.

 According to the Settlement Notice, as a participating non-dividend policy holder of MassMutual, I am nevertheless classified as a "member" of the "Settlement Class." Any and all claims I might possess as to the defendant MassMutual are subject to release pursuant to this Settlement. But I am receiving zero compensation in exchange for my release. No consideration whatsoever is being provided to me, nor is any consideration being provided to any other similarly situated Settlement Class members, in exchange for surrender of all claims, rights, and interests that I (and they) may have.

 The Defendant is getting a release far broader than the compensation they are paying. The release covers persons who are not even named or identified as class members in the original filed complaint. Thus, anyone situated like myself (participating MassMutual policy holder sans dividends) who might otherwise have kept track of relevant litigation would have had no idea that rights were negotiated away without any compensation, in what appears to be an overly broad release.

United States District Court, District of Massachusetts
Adkins, Kelston & Zavez, P.C.
Skadden, Arps, Slate, Meagher & Flom LLP
May 10, 2017
Page 2

      Nor was I aware that Class Counsel, without any notice to me or any other similarly situated Class Member, had placed my rights into the pot for the benefit of their negotiations. I fully understand a negotiated settlement and release with respect to dividend-entitled class members who are slated to get some form of compensation from the defendant for prior inadequate dividend payments, but why are the rights and claims of non-dividend MassMutual policy holders being included in a settlement that makes no provision for them other than for the release of their rights? According to the Complaint, the plaintiff, Karen Bacchi, is a dividend participating class member, so how can she represent me, and how does she even have standing to sign away my rights as a non-dividend participating Class Member? It appears that my claims, along with the claims of all similarly situated non-dividend policy holders were used (at our expense) as a negotiating chip to sweeten the pot with the defendant, likely with an eye toward the 25% fee request in a multi-million dollar settlement.

      I have not yet determined whether I will be appearing at the hearing for final approval.

Very truly yours,

Alan Himmelfarb