**RUSSELL G. PHILBRICK, JR.**
**2425 SOUTH FLAGLER AVENUE**
**FLAGLER BEACH, FL 32136**

**MAY 16, 2017**

Clerk of the Court
United States District Court
District of Massachusetts
John Joseph Moakley U.S. Courthouse
One Courthouse Way, Suite 2300
Boston, MA 02210

Jason B. Adkins
John Peter Zavez
ADKINS, KELSTON & ZAVEZ, P.C.
90 Canal Street, 5th Floor
Bostom, MA 02114

James R. Carroll
Kurt Wm. Hemr
Alisha Q. Nanda
SKADDEN, ARPS, SLATE MEAGHER & FLOM LLP
50 Boylston Street
Boston, MA 02116

RE: <u>Bacchi v. Massachusetts Mutual Life Insurance Company</u>, D. Mass. Civil Action No. 12-11280-DJC

To The Court, Counsel for Plaintiff and Counsel for the Defendant:

This is my objection to the proposed settlement in the above referenced matter.

The claim of this lawsuit is that Defendant MassMutual retained a greater surplus, thus distributing smaller dividends to policy holders that what Massachusetts Law requires.

Thus, one would expect any settlement to be of some significant benefit to said policy holders. Reading the proposed settlement, it is abundantly clear that merely an inconsequential benefit accrues to the allegedly wronged parties.

MassMutual has agreed to pay a settlement fund of $37.5 million. Of that amount, as much as 25% or $9,375,000 will be paid to the Class Counsel, PLUS their costs and expenses!

RE: <u>Bacchi v. Massachusetts Mutual Life Insurance Company</u>, D. Mass. Civil Action No. 12-11280-DJC
Page 2

All the while, "the average amount paid to Settlement Class Members receiving benefits will be $22.02."

This lawsuit is nothing more than a gross money grab by Class Counsel! In the end this will make all Mass Mutual Policy holders worse off, as the company will have less assets in the future to share with us.

What is most egregious about this action is that it got this far, instead of being tossed out of court and into Boston Harbor with the tea we dumped there some 243 years ago!

To be clear, I do not think MassMutual should offer a larger pot. I believe this matter of legalized extortion should be dismissed and Class Counsel sent home with NO payment what so ever.

Disgraceful actions of this nature are a stain on the American system of justice. Shame on all of you!

Sincerely,

*[signature]*
Russell G. Philbrick, Jr.