**Louis E. Rosen**
800 Deerfield Road
Unit 312
Highland Park, Illinois  60035
(847) 831-5621

May 17, 2017

Clerk of the Court
United States District Court
District of Massachusetts
John Joseph Moakley U.S. Courthouse
One Courthouse Way
Suite 2300
Boston, MA 02210

James R. Carroll
Kurt Wm. Hemr
Alisha Q. Nanda
Skadden, Arps, Slate, Meagher &
  Flom LLP
500 Boylston Street
Boston, MA 02116

Jason B. Adkins
John Peter Zavez
Adkins, Kelston & Zavez, P.C.
90 Canal Street, 5th Floor
Boston, MA 02114

Re:   *Bacci v. Massachusetts Mutual Life Insurance Company*
      D. Mass. Action No. 12-11280

Gentlemen:

In my opinion, the terms of the proposed settlement are obvious:  Get money to the lawyers.

Out of a measly $37,500,000 settlement, the lawyers seek to get paid $9,375,000 while the people they supposedly represent may expect a maximum of $22.02, in most cases probably less.  The settlement is a pin prick for Mass Mutual and we policyholders, but not for the lawyers.  It suggests a story by Dickens.

This was clearly a case brought with one object in mind, a payday for the attorneys.  Courts of appeal have begun to recognize on whose behalf these cases are really brought and who benefits and who does not.

The Court should recognize that based on the proposed settlement this is a case that should not have been brought, and is an insult to the legal profession.  I object.  The Court should take a stand.

Very truly yours,

*/s/ Louis E. Rosen*

Louis E. Rosen

Policy No. 3 793 600
Unit 312
800 Deerfield Road
Highland Park, IL 60035