May 20, 2017

Bacchi vs Massachusetts Mutual Life Insurance Co.
Analytics LLC
Settlement Administrator
P.o. Box 2004
Chanhassen, MN 55317-2004

Dear sirs,

I wish to be excluded from this lawsuit and Settlement involving Bacchi vs Massachusetts Mutual Life Insurance company, Civil Action No 12-11280-DJC and all lawsuits involving them.

Sincerely,

Frank Luechtefeld
Frank Luechtefeld
57 Muirfield Ct.
St. Louis, Mo. 63141

Dr. & Mrs. Frank Luechtefeld
57 Muirfield Court
Saint Louis, MO 63141-7372

USMS
SCREENED

Clerk of The Court
United States District Court.
District of Massachusetts
John Joseph Moakley
U.S. Courthouse
One Courthouse Way, Suite 2300
Boston, MA.
02210-3002599