THIS EXTORTION HAS TO CEASE IN AMERICA

- SHAME ON COURT & BOTH SIDES FOR ALLOWING.
- LAWYERS & COURTS GET LION SHARE -
- CONSUMER
- STOCKHOLDERS

ARE SCREWED ROYALLY.

- IF AGREGIOUS, PUT CORP EXECS IN JAIL

Zenon L. Alexander
7556 NW 75th Drive
Parkland, FL 33067

Any attorneys' fees and expenses awarded by the Court will be paid to Class Counsel from the $37,500,000 settlement fund. The Settlement Class Members will not have to pay anything toward the fees or expenses of Class Counsel.

## YOUR RIGHTS AND OPTIONS

### 11. What is the effect of final approval of the settlement?

If the Court grants final approval of the settlement, a final order and judgment dismissing the case will be entered in the Action. Payments under the settlement will then be processed and distributed. The release by Settlement Class Members will also take effect. All members of the Settlement Class will release and forever discharge MassMutual and each of the Released Parties from any and all Released Claims (as defined in the Agreement). Please refer to Section IV of the Agreement for a full description of the claims and persons that will be released upon final approval of the settlement. The Agreement is available at www.MMLISettlement.com. Any and all members of the Settlement Class who do not exclude themselves from the Settlement Class will not be permitted to continue to assert Released Claims in any other litigation against MassMutual or the other persons and entities covered by the Release. If you do not wish to be a Settlement Class Member, you must exclude yourself from the Settlement Class.

If the settlement is not approved, the case will proceed as if no settlement had been attempted or reached. If the settlement is not approved and the case resumes, there is no assurance that a class would be certified for litigation purposes or that members of any certified class will recover more than is provided for under the Agreement, or anything at all.

### 12. What happens if I do nothing at all?

If you do nothing, you will release any claims you may have against MassMutual or the Released Parties concerning the conduct Plaintiff alleges in her complaint. (See Question No. 14.) You may also receive a payment as described in Question No. 8.

### 13. How do I get out of the settlement?

To exclude yourself from the Settlement Class, you must send a letter saying that you "wish to be excluded from the Settlement Class in Bacchi v. Massachusetts Mutual Life Insurance Company, Civil Action No. 12-11280-DJC"; include your name and address, and your signature. **Your Request For Exclusion must be postmarked no later than July 3, 2017, and sent to the Settlement Administrator at the following address: Bacchi v. Massachusetts Mutual Life Insurance Co., Analytics LLC, Settlement Administrator, P.O. Box 2004, Chanhassen, MN 55317-2004.**

If you exclude yourself from the Settlement Class you will not receive any payment under the settlement and you cannot object to the settlement. You will not be legally bound by anything that happens in the Action.

### 14. If I don't exclude myself, can I sue MassMutual for the same thing later?

No. Unless you exclude yourself, you give up any right to sue MassMutual for the claims being resolved by this settlement.

### 15. If I exclude myself, can I get anything from this settlement?

No. If you exclude yourself, you are not entitled to any benefits under the settlement, but you will also not be bound by the settlement.

### 16. How do I object to the settlement?

If you do not exclude yourself from the Settlement Class, you can object to the settlement if you don't like any part of it. If you object, you must give the reasons why you think the Court should not approve the settlement. The Court will consider your views. Your objection to the settlement must be postmarked no later than July 3, 2017 and must be sent to the Court and the attorneys for the Parties at the addresses below:

| Court | Class Counsel | MassMutual's Counsel |
|---|---|---|
| Clerk of the Court<br>United States District Court<br>District of Massachusetts<br>John Joseph Moakley<br> U.S. Courthouse<br>One Courthouse Way, Suite 2300<br>Boston, MA 02210 | Jason B. Adkins<br>John Peter Zavez<br>ADKINS, KELSTON & ZAVEZ, P.C.<br>90 Canal Street, 5th Floor<br>Boston, MA 02114 | James R. Carroll<br>Kurt Wm. Hemr<br>Alisha Q. Nanda<br>SKADDEN, ARPS, SLATE,<br> MEAGHER & FLOM LLP<br>500 Boylston Street<br>Boston, MA 02116 |

**QUESTIONS? CALL 1-844-623-5243 TOLL FREE, OR VISIT WWW.MMLISETTLEMENT.COM**

Mr. Zenon L. Alexander
7556 NW 75th Dr
Parkland, FL 33067-3933

FILED
IN OFFICE
JUN 2 PM 12:18

CLERK OF THE COURT — BUDGERS OF
US DIST COURT              EXTORTIONISTS
DIST. OF MA
JOHN JOSEPH MOAKLEY US COURTHOUSE
ONE COURTHOUSE WAY SUITE 2300
BOSTON MA 02210
02210-300479

WEST PALM BCH FL 334
30 MAY 2017 PM 1 L