To:   Clerk of the Court, United States District Court

District of Massachusetts

John Joseph Moakley, U.S. Courthouse

One Courthouse Way, Suite 2300

Boston, MA 02210

From:   Marcel DiGiovanni, Jr.   *[signature]*

14 Chuckwagon Lane

Saint Rose, LA 70087-3654

Subj:   <u>Bacchi v. Massachusetts Mutual Life Insurance Company, Civil Action No. 12-11280-DJC</u>

I am a member of this Settlement Class and object to the settlement for:

1. The $37.5 million settlement (http://mmlisettlement.com/frequently-asked-questions-2/) would have a negative financial impact on Mass Mutual and so could reduce the value of my policy, possibly more than the $22.02 average settlement benefit (http://mmlisettlement.com/frequently-asked-questions-2/).
2. An average of $22.02 settle benefit infers this suit is frivolous.
3. The proposed attorney's fee(s) of 25% of $37.5 million is wildly disproportionate to the average award of $22.02.

Thank you for your consideration.

C:   Jason B. Adkins and others

James R. Carroll and others