Please be advised that I wish to be excluded from the Settlement Class in Bacchi v. Massachusetts Mutual Life Insurance Company, Civil Action No. 12-11280-DJC.

*George C. Evans*

George C. Evans
463 Forestridge dr.
Boone NC 28607

June 12, 2017

FILED
IN CLERK'S OFFICE
17 JUN 16 PM 2:29
U.S. DISTRICT COURT
DIST. OF MASS.