# EXHIBIT 3

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS (BOSTON)

| | | |
|---|---|---|
| KAREN L. BACCHI, Individually and on Behalf of all Persons Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY,<br><br>Defendant. | ) | Civil Action No. 12-cv-11280-DJC |

**DECLARATION OF MARK A. CHAVEZ IN SUPPORT OF PLAINTIFF'S MOTION FOR ATTORNEYS' FEES AND EXPENSES AND CLASS REPRESENTATIVE AWARD**

Mark A. Chavez
CHAVEZ & GERTLER LLP
42 Miller Avenue
Mill Valley, CA 94941
Phone: (415) 381-5599
Fax: (415) 381-5572

Dated: June 16, 2017

I, Mark A. Chavez, do hereby declare and state as follows:

1. I am a partner in the law firm of Chavez & Gertler LLP. ("C&G"). I submit this declaration in support of Class Counsel's application for an award of attorneys' fees and reimbursement of expenses in connection with the services we rendered in the above-entitled action.

2. Chavez & Gertler LLP along with Bonnett, Fairbourn, Friedman & Balint, P.C., and Adkins, Kelston & Zavez, P.C. jointly represent Plaintiff Karen Bacchi ("Plaintiff") and the proposed Settlement Class.

3. The information in this declaration regarding my firm's time and expenses is documented and reflected in time and expense printouts and supporting documentation prepared and/or maintained by my firm in the ordinary course of business. I am the partner who oversaw and/or conducted the day-to-day activities in the litigation and I reviewed these printouts (and backup documentation where necessary or appropriate) in connection with the preparation of this declaration. The purpose of this review was to confirm both the accuracy of the entries on the printouts as well as the necessity for, and reasonableness of, the time and expenses committed to the litigation. I exercised billing judgment to ensure: (a) that the reported lodestar does not include mark-up on contract lawyers, and (b) that billing judgment has been exercised to eliminate duplicative or de minimus time. As a result of this review, I believe that the time reflected in C&G's lodestar calculation and the expenses for which payment is sought as set forth in this declaration are reasonable in amount and were necessary for the effective and efficient prosecution and resolution of the litigation. In addition, I believe that the expenses are all of a type that would normally be charged to a fee-paying client in the private legal marketplace.

4. The total number of hours spent on this litigation by my firm is 653.6. The total lodestar amount for attorney/professional time based on the firm's rate is $511,564.50. A break down of the lodestar is provided in Exhibit A. The hourly rates used to calculate the lodestar in Exhibit A are the usual and customary rates charged for each individual attorney, paralegal or other paraprofessional, and are listed below:

| Attorney/Staff | Position | Hourly Rate |
|---|---|---|
| Mark A. Chavez | Partner | $850 |
| Nance F. Becker | Partner | $750 |
| Paul Bland | Of Counsel | $750 |
| Dan Gildor | Associate | $695 |
| Amanda Randall | Legal Assistant | $225 |
| Jenna Raden | Legal Assistant | $225 |

5. My firm incurred a total of $542,206.44 in expenses in connection with the prosecution of this litigation. Those expenses and charges are summarized by expense category in the attached Exhibit B. The expenses include C&G's contribution to a Litigation Fund established to prosecute the claims in this action, the application of which is detailed in the concomitantly filed declaration of Jason B. Adkins.

6. The expenses pertaining to this case are reflected in the books and records of this firm. These books and records are prepared from expense vouchers, check records, and other documents and are an accurate record of the expenses.

7. A resume describing my firm and the qualifications of the attorneys who participated in this matter is attached hereto as Exhibit C. I have used a former resume because it includes the qualifications of Dan Gildor and Paul Bland who are no longer with the firm.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and that this declaration was executed this 16th of June, 2017 at Mill Valley, California.

*/s/ Mark A. Chavez*
Mark A. Chavez

# EXHIBIT A

6/16/2017
9:52 AM

Chavez & Gertler
current week daily hours

Selection Criteria

Clie.Selection Include: Bacchi v. MassM

| Title | Amount | % Total | Time | % Total |
|---|---|---|---|---|
| Client: Bacchi v. MassMutual | | | | |
| Dan Gildor | | | | |
| Total: Slip Value | 114744.50 | 22.43% | 165.10 | 25.26% |
| Legal Asst/Amanda Randall | | | | |
| Total: Slip Value | 765.00 | 0.15% | 3.40 | 0.52% |
| Legal Asst/Jenna Raden | | | | |
| Total: Slip Value | 1080.00 | 0.21% | 4.80 | 0.73% |
| Mark A. Chavez | | | | |
| Total: Slip Value | 295375.00 | 57.74% | 347.50 | 53.17% |
| Nance Becker | | | | |
| Total: Slip Value | 90300.00 | 17.65% | 120.40 | 18.42% |
| Paul Bland | | | | |
| Total: Slip Value | 9300.00 | 1.82% | 12.40 | 1.90% |
| Total: Bacchi v. MassMutual | | | | |
| Total: Slip Value | 511564.50 | 100.00% | 653.60 | 100.00% |
| Grand Total | | | | |
| Total: Slip Value | 511564.50 | 100.00% | 653.60 | 100.00% |

# EXHIBIT B

CHAVEZ & GERTLER LLP
ATTORNEYS AT LAW

42 MILLER AVENUE
MILL VALLEY, CA 94941
TELEPHONE: (415) 381-5599
FACSIMILE: (415) 381-5572

**June 15, 2017**

**SUMMARY OF CASE COSTS**

**Inception through June 15, 2017**

**Re: *Bacchi v. Mass Mutual***

COSTS INCURRED:

| | |
|---|---|
| ELECTRONIC RESEARCH (Westlaw) | $ 1,462.69 |
| INTERNAL REPRODUCTION (Copies) | 2.65 |
| C&G CONTRIBUTIONS LIT. COMMON EXPENSE FUND | 538,348.34 |
| FILING FEES (Court) | 25.00 |
| OVERNIGHT DELIVERY/FED EX | 63.54 |
| RECORDS | 23.50 |
| POSTAGE | .49 |
| TRAVEL | $ 2,280.23 |

**TOTAL:** $**542,206.44**

# EXHIBIT C

# CHAVEZ & GERTLER LLP

ATTORNEYS AT LAW

42 MILLER AVENUE
MILL VALLEY, CA 94941
TELEPHONE: (415) 381-5599
FACSIMILE: (415) 381-5572
info@chavezgertler.com

## FIRM RESUME

Chavez & Gertler LLP is a nationally recognized law firm located in Mill Valley, California. The firm's team of dedicated professionals represents plaintiffs in consumer, civil rights, and employment class actions and catastrophic personal injury cases. In litigation in state and federal courts around the country, Chavez & Gertler has recovered in excess of $1.8 billion in damages, restitution and debt forgiveness for its clients.

The firm and its attorneys have received a number of honors and awards for its work. Chavez & Gertler was named Law Firm of the Year by the Los Angeles Center for Law & Justice in 2001. The founding partners of the firm, Mark A. Chavez and Jonathan E. Gertler, have received the highest rating available (AV) from Martindale-Hubbell for their professional accomplishments and ethics. Mr. Chavez and Mr. Gertler have been named Northern California Super Lawyers by Law & Politics and San Francisco Magazine six to eight times. In 2006, Mr. Chavez received the Champion of Justice Award from the Bar Association of San Francisco. The firm was presented with the Equal Justice Award from the Law Foundation of Silicon Valley in 2007. In March 2012, Mr. Chavez was honored as a Guardian of Justice by Bay Area Legal Aid. Mr. Chavez received the Consumer Attorney of the Year Award from the National Association of Advocates in November 2013.

Chavez & Gertler is committed to the vigorous pursuit of its clients' interests and public justice. The firm has achieved an outstanding record of success in litigation and its lawyers are actively involved in the public interest community. Further information about the firm and its accomplishments is available on its website: www.chavezgertler.com.

## PARTNERS

### Mark A. Chavez

Mr. Chavez received his Juris Doctorate degree from Stanford Law School where he served as a Judicial Extern for the Honorable Mathew O. Tobriner of the California Supreme Court, was a co-founder and the first Managing Editor of the Stanford Environmental Law Journal and was a founding member of the Stanford Public Interest Law Foundation. He was selected through the Attorney General's Honors Program and joined the Civil Division of the United States Department of Justice in Washington, D.C. after graduating from law school. Mr. Chavez entered private practice working first at Pillsbury Winthrop Shaw Pittman LLP and subsequently at Farrow, Bramson, Chavez & Baskin before founding the law firm of Chavez & Gertler LLP with Jonathan E. Gertler.

In the course of his career, Mr. Chavez has represented plaintiffs in a wide variety of consumer class actions and other complex civil litigation matters. His significant class action experience includes arguing *Olszeweski v. ScrippsHealth*, 30 Cal.4th 798 (2003) and *Linder v. Thrifty Oil*, 23 Cal.4th 429 (2000) before the California Supreme Court and acting as co-counsel for the plaintiffs in *In re Tobacco Cases II*, (2007) 41 Cal.4th 1257 and *Briseno v. Washington Mutual*, 24 Cal.4th 906 (2001). He has served or is currently serving as lead or co-lead counsel in over 120 class actions filed in federal and state courts in Alabama, Arizona, California, Colorado, Florida, Idaho, Massachusetts, Missouri, Nevada, New Jersey, Ohio, Pennsylvania, Tennessee and Washington. These cases have resulted in some of the largest recoveries ever achieved in consumer class actions. (See, e.g., *Richardson v. Wells Fargo*, Case No., CGC-08-481662 (San Francisco Superior Court) ($232 million); *Smith v. General Motors Acceptance Corporation*, Case No. 776152 (Santa Clara County Superior Court) ($105 million); *In Re Transouth Cases*, (Santa Clara County Superior Court) ($76 million).)

Mr. Chavez is A-V rated by Martindale-Hubbell and has been named a Northern California Super Lawyer eight times. He was one of the founders of the National Association of Consumer Advocates and is its former Co-Chair. Mr. Chavez currently serves as the chair of the board of Public Citizen Foundation in Washington, D.C.

**Jonathan E. Gertler**

Jonathan E. Gertler is one of the leading personal injury trial lawyers in California. In 2006 Mr. Gertler earned the Trial Lawyer of the Year Award from the San Francisco Trial Lawyers Association, and was a finalist for the Consumer Attorneys of California's "Consumer Attorney of the Year." Mr. Gertler was a finalist for SFTLA's award again in 2008. He is also an accomplished class action attorney and is a Northern California Super Lawyer.

Mr. Gertler has successfully handled catastrophic injury and death cases for his clients since 1984. In his first year of practice, and his very first jury trial, he won a verdict of more than $1 million for a cement mason disabled in a construction accident. In recent jury trials, he has won verdicts of over $3.1 million in an aviation accident case, almost $9 million in a railroad crossing accident case, and nearly $3 million in a truck crash case. In his last consumer trial, Mr. Gertler obtained a judgment worth nearly $12 million in consumer refunds and credits. He is currently acting as lead or co-counsel in a series of wage-and-hour class actions against both small and large corporations.

Mr. Gertler is also a leader in professional organizations. He is a past president of Consumer Attorneys of Marin. In addition, he serves as officer and board member of San Francisco Trial Lawyers Association and will assume the presidency of that organization in 2011. Mr. Gertler is committed to providing legal help to the indigent. He sits on the boards of Legal Aid of Marin and Bay Area Legal Aid.

Mr. Gertler received his bachelor's degree in 1978 from the University of Illinois and his Juris Doctorate from Hastings College of the Law, University of California in 1983.

**Nance F. Becker**

After graduating Phi Beta Kappa from Harpur College of the State University of New York at Binghamton in 1978, Nance Becker attended Stanford Law School. She earned her Juris Doctorate, Order of the Coif, in 1981. Ms. Becker completed an externship with the Environmental Defense Fund, and she received the Hilmer Oehlmann Jr. Award for Excellence in Research and Legal Writing, while at Stanford.

Prior to joining Chavez & Gertler in 2007, Ms. Becker was a member of the law firm now known as Rogers Joseph and a partner in the Law Offices of Jeffrey Banchero. During those periods she handled a wide range of complex commercial litigation, including unfair business practices, contract and insurance coverage disputes, fraud in connection with accounting and investments, environmental issues, plaintiff personal injury and toxic torts. At Chavez & Gertler, she continues to work on complex litigation matters and has expanded her practice to consumer and civil rights class actions.

Ms. Becker has co-counseled on several significant disability discrimination cases, including *Smith v. Hotels.com*, in which plaintiffs sued to compel one of the largest online travel services to make changes to its reservation system so that individuals with disabilities could research and reserve lodgings with the accommodations they need, and *Celano v. Marriott*, in which plaintiffs successfully sued to compel Marriott International, Inc., owner and operator of dozens of public golf courses throughout the United States, to provide accessible motorized golf carts for the use of players with mobility disabilities. Ms. Becker has participated in a number of lawsuits to enforce consumers' rights under the Rees-Levering Automobile Sale and Finance Act; challenging discriminatory lending practices by major financial institutions; and remedying systematic violations of San Francisco's rent control laws, among others.

Ms. Becker also has extensive experience and expertise with appeals and writs. Admitted to the California Bar in 1981, she has also been admitted to all United States District Courts in the State of California, the Ninth Circuit Court of Appeals and the United States Court of Claims, and has appeared before the California Supreme Court, California Courts of Appeal and appellate courts in Washington and Utah.

Ms. Becker is currently a member of Public Justice and the Consumer Attorneys of Marin. She was a co-founder and former board member of Bay Legal Assistance for Women, a member of the AIDS Legal Referral Panel, and a board member and officer of the Marin Audubon Society. Ms. Becker is Secretary of the Board of Directors and principal flutist with Mill Valley Philharmonic.

In 2015, she was a finalist for the San Francisco Trial Lawyers Association's Trial Lawyer of the Year award for her work on the class action *Villanueva v. Fidelity National Title Company*, protecting California consumers from being charged unlawful escrow fees.

**Christian Schreiber**

Christian Schreiber joined the firm in July 2009 as a class action litigation associate. Mr. Schreiber works primarily on cases involving consumer rights, employment, and financial services matters.

Mr. Schreiber earned a JD from the UCLA School of Law in 2006, where he completed the Program in Public Interest Law & Policy and the Concentration in Critical Race Studies. During law school, Mr. Schreiber won the school's Roscoe Pound Moot Court Competition and served on the Moot Court Executive Board. He was a staff member on the Journal of Sexual Orientation Law, and served as co-chair of UCLA's Public Interest Law Fund. He was a co-founder of the UCLA chapter of the American Constitution Society.

Prior to law school, he worked in Sacramento as a legislative aide for former California State Senator Joe Dunn, and served as Chief Investigator for the State Senate Select Committee to Investigate Price Manipulation of the Wholesale Energy Market. Mr. Schreiber worked several years as a freelance writer. Mr. Schreiber was a class action litigation associate at Schneider Wallace Cottrell Brayton Konecky LLP in San Francisco before joining the firm.

Mr. Schreiber is a member of the American Constitution Society, the Public Justice Foundation, and the Consumer Attorneys of California. Mr. Schreiber received his B.A. from UCLA in 1996.

## ASSOCIATES

**Dan Gildor**

Mr. Gildor received his Bachelor of Science from the Massachusetts Institute of Technology in 1990 and his Master of Arts from Stanford University in 1993. He held a variety of internet and technical positions before attending law school at the University of California at Berkeley School of Law (Boalt Hall). In law school, Mr. Gildor served as the Publishing Editor of the Ecology Law Quarterly and was a quarter finalist in the Pace National Environmental Moot Court Competition. Mr. Gildor received his Juris Doctorate, Order of the Coif, in 2002.

After graduating from law school, Mr. Gildor served as law clerk to the Honorable Barbara Jacob Rothstein of the United States District Court, Western District of Washington. Mr. Gildor subsequently worked as an environmental attorney with the Natural Resources Defense Council, Save Our Springs and the Environmental Law Foundation.

Mr. Gildor's practice currently focuses on the representation of plaintiffs in employment and consumer class actions.

**Samuel Cheadle**

Samuel Cheadle joined Chavez & Gertler in October, 2012 as a class action litigation associate, working primarily on cases involving consumer rights, employment, and financial services matters. Mr. Ceadle received his law degree from The George Washington University Law School in 2009, graduating with honors. He received his B.A., with high honors, from the University of California at Santa Barbara in 2005.

Before he came to work at Chavez & Gertler, Mr. Cheadle was an associate at the law firm of Sedgwick, Detert, Moran & Arnold LLP, where he practiced construction law on behalf of developers, general contractors and specialty subcontractors as well as representing sureties involving contract and commercial bonds. He also spent one year practicing immigration law, representing refugees applying for asylum in the United States through the non-profit The East Bay Sanctuary Covenant. Mr. Cheadle clerked for the U.S. Environmental Protection Agency's Region Office of General Counsel and the U.S. Department of Justice's Environmental Enforcement Section.

From 2011 to 2013, Mr. Cheadle served as co-chair of the San Francisco Bar Association's "Bridging the Gap" Barristers Committee, assisting law students with the transition to professional practice. He is currently in his third year as a co-coach of Abraham Lincoln High School's Mock Trial Team. Mr. Cheadle has been published in the American Bar Association's Public Contract Law Journal.

## OF COUNSEL

**F. Paul Bland**

F. Paul Bland, Jr., is a Staff Attorney for Public Justice (formerly Trial Lawyers for Public Justice), where he handles precedent-setting complex civil litigation. He has argued or co-argued and won more than twenty reported decisions from federal and state courts across the nation, including cases in four federal Circuit Courts of Appeal and six state high courts. He was named the Vern Countryman Award winner in 2006 by the National Consumer Law Center, which "honors the accomplishments of an exceptional consumer attorney who, through the practice of consumer law, has contributed significantly to the well being of vulnerable consumers." He is co-author of the book, *Consumer Arbitration Agreements: Enforceability and Other Issues*, and of numerous articles. For three years, he was a co-chair of the National Association of Consumer Advocates. He also has won the San Francisco Trial Lawyer of the Year in 2002 and Maryland Trial Lawyer of the Year in 2001.

Mr. Bland graduated from Harvard Law School in 1986, and Georgetown University in 1983. Prior to coming to Public Justice, Mr. Bland was a plaintiffs' class action and libel defense attorney in Baltimore. In the late 1980s, he was Chief Nominations Counsel to the U.S. Senate Judiciary Committee. He became Of Counsel to Chavez & Gertler in the Fall of 2008.