IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS (BOSTON)

| | |
|---|---|
| KAREN L. BACCHI, Individually and on Behalf of all Persons Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY, <br><br> Defendant. | Civil Action No. 12-cv-11280-DJC |

## GREGORY N. WOODS' OBJECTION TO SETTLEMENT

Comes now, Gregory N. Woods, Pro se, Claim No. 3600620, 124 Hickory Road, Naples, Florida 34108, and files this, his Objection to the settlement in the above-referenced action.

1. I am a member of the settlement class.

2. I object to the proposed settlement as it gives a disproportionate amount of the settlement proceeds to policies based on annual dividends paid. I further object to the amount of money being paid to the class members as said amount is inadequate. I also object because MassMutual's commitment to continue for at least 10 years to provide to the Massachusetts Division of Insurance voluntary annual safety fund calculations under Section 141 of Chapter 175 of the General Laws of Massachusetts is illusory and/or of de minimus value to the class and appears to merely recreate pre-existing legal duties. See In re: Dry Max Pampers Litigation, 724 F.3d.713 (6th Cir. 2013). Finally, I object to the amount of attorneys' fees being sought as $9,375,000.00 is grossly disproportionate to the benefits received by the class members and greatly exceeds a reasonable fee for the

amount of services performed by Class Counsel. I rely on the Class Notice sent to Class Members.

3. This shall serve as my Notice of Intention to appear at the Fairness Hearing on July 27, 2017 at 3:00pm.

Respectfully submitted,

_____
Gregory N. Woods, Pro se
124 Hickory Road
Naples, Florida 34108

## CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of July, this document sent via first-class mail, postage prepaid to the following:

Clerk of the Court
United States District Court
District of Massachusetts
John Joseph Moakley
U.S. Courthouse
One Courthouse Way, Suite 2300
Boston, MA  02110

Jason B. Adkins
John Peter Zavez
ADKINS, KELSTON & ZAVEZ, P.C.
90 Canal Street, 5th Floor
Boston, MA  02114

James R. Carroll
Kurt Wm. Hemr
Alisha Q. Nanda
SKADDEN, ARPS, SLATE MEAGHER & FLOM, LLP
500 Boylston Street
Boston, MA  02116

_____
Gregory N. Woods, Pro se
124 Hickory Road
Naples, Florida 34108