IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS (BOSTON)

|  |  |  |
|---|---|---|
| KAREN L. BACCHI, Individually and on Behalf of all Persons Similarly Situated, | ) ) ) ) | Civil Action No. 12-cv-11280-DJC |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY, | ) ) ) | |
| Defendant. | ) ) ) | |

**PLAINTIFF'S MOTION FOR FINAL APPROVAL
OF THE PROPOSED CLASS SETTLEMENT**

Plaintiff Karen L. Bacchi respectfully moves the Court for Final Approval of the Proposed Class Settlement (the "Motion") in accordance with the terms of the *Stipulation And Agreement of Compromise, Settlement And Release of Action* (ECF No. 235) dated March 13, 2017 (the "Settlement Agreement"). For the reasons set forth in the Memorandum of Law in Support of Plaintiff's Motion, the Joint Declaration of Jason B. Adkins, Andrew S. Friedman, and Mark A. Chavez in Support of Plaintiff's Motion, and the other materials submitted in support thereof, Plaintiff respectfully requests that the Court enter an Order:

(1) granting the Motion;

(2) entering the proposed form of Judgment in the above-captioned action approving and implementing the Settlement Agreement; and

(3) granting such other, further, or different relief as the Court deems just and proper. Defendant Massachusetts Mutual Life Insurance Company does not oppose the relief sought in this Motion.

Dated:  July 13, 2017.                                   Respectfully submitted,

/s/ *Jason B. Adkins*
Jason B. Adkins, BBO #558560
John Peter Zavez, BBO #555721
ADKINS, KELSTON & ZAVEZ, P.C.
90 Canal Street, 5th Floor
Boston, MA  02114
Phone (617) 367-1040
Fax (617) 742-8280

Andrew S. Friedman (admitted pro hac vice)
Francis J. Balint, Jr., BBO #680602
BONNETT, FAIRBOURN, FRIEDMAN &
  BALINT, P.C.
2325 East Camelback Road, #300
Phoenix, AZ  85016
Phone: (602) 274-1100
Fax: (602) 274-1199

and

Mark A. Chavez (admitted pro hac vice)
CHAVEZ & GERTLER LLP
42 Miller Avenue
Mill Valley, CA  94941
Phone: (415) 381-5599
Fax: (415) 381-5572

*Attorneys for Plaintiff and the Settlement Class*

**LOCAL RULES 7.1(A)(2) and 37.1 CERTIFICATION**

I hereby certify that pursuant to Local Rules 7.1(A)(2) and 37.1 that Plaintiff has conferred with opposing counsel on the matters set forth herein and reports that Defendant's counsel has stated that Defendant does not oppose the relief sought herein by this Motion.

Dated:  July 13, 2017.                     */s/ Jason B. Adkins*
                                                        Jason B. Adkins


**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on July 13, 2017.

A copy of the foregoing was mailed this 13th day of July, 2017 to the Settlement Administrator at:

    Analytics LLC, Settlement Administrator
    Bacchi v. Massachusetts Mutual Life Insurance Co.
    P.O. Box 2004
    Chanhassen, MN 55317-2004


Dated:  July 13, 2017.                     */s/ Jason B. Adkins*
                                                        Jason B. Adkins

3