UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KAREN L. BACCHI, Individually and on Behalf of all Persons Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY,<br><br>Defendant | Civil Action No. 12-cv-11280-DJC |

## NOTICE OF APPEARANCE OF ATTORNEY ELAINE WHITFIELD SHARP, FOR OBJECTOR, CAROLINE TUCKER

Please enter my appearance as local counsel, along with the admission *pro hac* vice of Mardi Harrison, Esq, of Law Office of Mardi Harrison, Doylestown, PA, for Objector, Caroline Tucker, on behalf of herself, in Bacchi v. Massachusetts Mutual Life Insurance Company, Case No. 12-cv-11280-DJC, a class action, and to participate in proceedings in this Court in the above-referenced action regarding the proposed class action settlement and Objections thereto.

Dated: August 30, 2017

Respectfully submitted,
/s/ Elaine Whitfield Sharp
Elaine Whitfield Sharp, Esq.
BBO #565522
Whitfield Sharp & Hitchcock, LLC
196 Atlantic Ave.
Marblehead  MA  01945
781-639-1862
elainesharp@sharplaw.net

## **CERTIFICATE OF SERVICE**

I certify that on August 30, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record.

/s/ Elaine Whitfield Sharp
Elaine Whitfield Sharp, Esq.
BBO #565522
Whitfield Sharp & Hitchcock, LLC
196 Atlantic Ave.
Marblehead  MA  01945
781-639-1862
elainesharp@sharplaw.net