UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KAREN L. BACCHI, Individually and on Behalf of all Persons Similarly Situated | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) |
| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY, | ) ) ) |
| Defendant | ) |

Civil Action No. 12-cv-11280-DJC

**MOTION FOR LEAVE TO APPEAR *PRO HAC VICE*
FOR ADMISSION OF MARDI HARRISON**

The undersigned, as the sponsoring member of the Bar of this Court and pursuant to Rule 83.5.3 (e) of the Local Rules of the United States District Court for the District of Massachusetts, moves the Court for an order granting admission *pro hac vice* of Mardi Harrison, Law Office of Mardi Harrison, to appear and participate in proceedings in this Court in the above-referenced action regarding the proposed class action settlement and Objections thereto. In support of this Motion, Elaine Whitfield Sharp states:

1. Submitted herewith is a certification executed by Mardi Harrison that:

(a) She is a member of the bar in good standing in every jurisdiction in which she has been admitted to practice, see Certificates of Good Standing attached hereto;

(b) She has no disciplinary proceedings pending against her in any jurisdiction in which she is a member of the bar;

(c) She has not previously had a *pro hac vice* admission to this court, or other admission for a limited purpose under this Rule revoked for misconduct; and

(d) She is familiar and agrees to comply with the Local Rules of the United States District Court for the District of Massachusetts.

2. Undersigned counsel is a member in good standing of the bar of this Court, and he has entered an appearance in this action.

3. Finally, in accordance with Local Rule 7.1(a)(2) the undersigned conferred with counsel for Defendant, Kurt Hemr, who advised that he assents to the motions for leave to appear *pro hac vice* for the admission of Mardi Harrison, and also attempted to gain assent from counsel for Plaintiff, Jason Adkins, but was unable to obtain assent.

WHEREFORE, for these reasons, I respectfully request the Court grant this Motion and enter the Order for admission *pro hac vice* of Mardi Harrison.

Dated: August 30, 2017

Respectfully submitted,

/s/ Elaine Whitfield Sharp
Elaine Whitfield Sharp, Esq.
BBO #565522
Whitfield Sharp & Hitchcock, LLC
196 Atlantic Ave.
Marblehead  MA  01945
781-639-1862
elainesharp@sharplaw.net

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| KAREN L. BACCHI, Individually and on Behalf of all Persons Similarly Situated | ) ) ) | Civil Action No. 12-cv-11280-DJC |
| Plaintiff, | ) ) | |
| v. | ) | |
| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY, | ) ) ) | |
| Defendant | ) | |

**<u>AFFIDAVIT OF MARDI HARRISON IN SUPPORT OF
MOTION FOR LEAVE TO APPEAR *PRO HAC VICE* FOR
ADMISSION OF MARDI HARRISON</u>**

Pursuant to Rule 83.5.3 (e)(3) of the Local Rules of the United States District Court for the District of Massachusetts and in support of the attached Motion for Leave to Appear *Pro Hac Vice* for Admission of Mardi Harrison in the above-referenced action, I, Mardi Harrison, having been duly sworn, on my oath do declare as follows:

1. I am the founder and attorney of the Law Office of Mardi Harrison;

2. I submit this Certification in accordance with the requirements set forth in Rule 83.5.3(e)(3) of the Local Rules of the United States District Court for the District of Massachusetts;

3. I am a member in good standing of the bar of the Commonwealth of Pennsylvania;

4. There are no disciplinary proceedings pending, nor have any ever been brought against me as a member of the bar in any jurisdiction;

5. I have not previously had a *pro hac vice* admission to this court, or other admission for a limited purpose under this Rule, revoked for misconduct;

6. I am familiar with and agree to comply with the Local Rules of the United States District Court for the District of Massachusetts.

Dated: August 30, 2017

*/s/ Mardi Harrison*

Mardi Harrison, Esq.
Law Office of Mardi Harrison
125 Edison Furlong Road
Doylestown, PA 18901
(267) 252-1035
mardi@suetheboss.com

Commonwealth of PA
County of Bucks

Sworn & subscribed to before me this 30th day of August 2017

*/s/ Rose Kobryn*

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
ROSE KOBRYN, Notary Public
Warrington Township, Bucks County
My Commission Expires January 31, 2021

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| KAREN L. BACCHI, Individually and on Behalf of all Persons Similarly Situated | ) ) ) | Civil Action No. 12-cv-11280-DJC |
| Plaintiff, | ) ) | |
| v. | ) | |
| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY, | ) ) ) | |
| Defendant | ) | |

**ORDER FOR ADMISSION *PRO HAC VICE***

The Court has considered the Application and Motion for Admission *Pro Hac Vice* of Mardi Harrison.

It is ORDERED that the application/motion is granted.  It is further ORDERED that, if the Applicant has not already done so, the Applicant must register as a CM/ECF User.


_____            _____
DATE                                                      PRESIDING JUDGE

## **CERTIFICATE OF SERVICE**

I certify that on August 30, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record.

/s/ Elaine Whitfield Sharp
Elaine Whitfield Sharp, Esq.
BBO #565522
Whitfield Sharp & Hitchcock, LLC
196 Atlantic Ave.
Marblehead  MA  01945
781-639-1862
elainesharp@sharplaw.net