UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KAREN L. BACCHI )<br>)<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MASSACHUSETTS MUTUAL LIFE )<br>INSURANCE COMPANY )<br>)<br>)<br>Defendant. | Civil Action No. 12-11280-DJC |

# JUDGMENT

**CASPER, J.**  November 8, 2017

In light of the settlement, D. 235, and the Memorandum and Order entered today by the Court, D. 308, the Court GRANTS final approval to the class settlement, CERTIFIES the class under Fed. R. Civ. P. 23(b)(3) for the purposes of the settlement and AWARDS $9,375,000 in attorneys' fees and $1,533,575.85 in unreimbursed litigation expenses to class counsel and an incentive award of $3,000 to Bacchi.

Robert M. Farrell, Clerk

By: /s/ Lisa M. Hourihan
Deputy Clerk