# IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
(BOSTON)

| | |
|---|---|
| KAREN L. BACCHI, Individually and on Behalf of all Persons Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY,<br><br>Defendant. | Civil Action No. 12-cv-11280-DJC |

## NOTICE OF APPEAL

NOTICE is hereby given that Caroline Tucker, the objector in the above-named matter, hereby appeals to the United States District Court of Appeals for the First Circuit from the Order [DE 308] and Judgment [309] relating to the Final Settlement both entered on November 8, 2017.

*/s/ Mardi Harrison*

Mardi Harrison, Esq.

*Licensed in PA*

The Law Office of Mardi Harrison

125 Edison Furlong Road

Doylestown, PA  18901

www.suetheboss.com

267-252-1035

267-552-6248 (fax)

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing was filed electronically via CM/ECF on DATE, and served by the same means on all counsel of record.

／s/ Mardi Harrison

Mardi Harrison, Esq.