IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
(BOSTON)

KAREN L. BACCHI, Individually and on
Behalf of all Persons Similarly Situated,

Plaintiffs,

v.

MASSACHUSETTS MUTUAL LIFE
INSURANCE COMPANY,

Defendant.

Civil Action No. 12-cv-11280-DJC

## NOTICE OF APPEAL

Notice is hereby given that Class Member-Objector Francis Vitale appeals to the First Circuit Court of Appeals from the Court's Order of Final Approval of Class Settlement (Document Entry No. 308) and Judgment (Document Entry No. 309), both entered in this action on November 8, 2017.

DATED: Nov 30, 2017

Respectfully Submitted,

By: _____ Francis Vitale
Francis Vitale (*Pro se*)
Email: harborhill50@aol.com
1 Sagamore Hill Rd.
Oyster Bay, NY 11771
Telephone: (516) 640-8585
*pro se* party

1

## CERTIFICATE OF SERVICE

I hereby certify that on the 30 day of Nov 2017, I filed the foregoing with the Clerk of the Court via U.S. First Class Mail as follows:

Clerk of the Court
U.S. District Court
District of Massachusetts
John Joseph Moakley U.S. Courthouse
One Courthouse Way, Suite 2300
Boston, MA 02210

I further certify that I served a true copy of the foregoing document via U.S. First Class Mail to the following:

Jason B. Adkins
John Peter Zavez
ADKINS, KELSTON &
ZAVEZ, P.C.
90 Canal Street, 5th Floor
Boston, MA 02114
*Class Counsel*

James R. Carroll
Kurt Wm. Hemr
Alisha Q. Nanda
Skadden, Arps, Slate,
Meagher & Flom LLP
500 Boylston Street
Boston, MA 02116
*MassMutual's Counsel*

Bacchi v. Massachusetts Mutual Life Insurance Co.
Analytics LLC
Settlement Administrator
P.O. Box 2004
Chanhassen, MN 55317-2004

By: _____
Francis Vitale (*Pro se*)
FRANCIS VITALE