IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS (BOSTON)

| | |
|---|---|
| KAREN L. BACCHI, Individually and on Behalf of all Persons Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY,<br><br>Defendant. | Civil Action No. 12-cv-11280-DJC |

**EXPEDITED MOTION TO SET APPEAL BOND WITH REQUEST FOR EXPEDITED OPPOSITION FILING DATE, IF ANY**

Plaintiff/Class Representative Karen Bacchi ("Plaintiff") respectfully requests pursuant to Rules 7, 38 & 39, *Federal Rules of Civil Appellate Procedure*, and First Circuit Local Rule 38.0, that the Court in its discretion set an appeal bond to protect Plaintiff, the Settlement Class and Class Counsel against the costs they will incur in defending the appeal of this Court's final order approving all aspects of the settlement of class claims alleged in the above-captioned litigation against Defendant Massachusetts Mutual Life Insurance Company ("MassMutual"). Doc. 308 ("Final Approval Order"). For the reasons set forth in the concomitantly filed Plaintiff's "Memorandum in Support of Expedited Motion to Set Appeal Bond with Request for Expedited Opposition Filing Date, If Any" and the Declaration of Jason B. Adkins, and the other materials submitted in support thereof, Plaintiff respectfully requests that the Court enter an Order:

(1) granting the Expedited Motion;

(2) directing that Appellants Caroline Tucker and Francis Vitale, jointly and severally, post an appeal bond in an amount no less than $311,575 within 7 seven days of the Court's Order; and

(3) granting such other, further, or different relief as the Court deems just and proper.

Defendant Massachusetts Mutual Life Insurance Company does not oppose the relief sought in this Motion.

Dated:  January 9, 2018.                    Respectfully submitted,

/s/ *Jason B. Adkins*
Jason B. Adkins, BBO #558560
John Peter Zavez, BBO #555721
ADKINS, KELSTON & ZAVEZ, P.C.
90 Canal Street, 5th Floor
Boston, MA  02114
Phone (617) 367-1040
Fax (617) 742-8280

Andrew S. Friedman (admitted pro hac vice)
Francis J. Balint, Jr., BBO #680602
BONNETT, FAIRBOURN, FRIEDMAN &
   BALINT, P.C.
2325 East Camelback Road, #300
Phoenix, AZ  85016
Phone: (602) 274-1100
Fax: (602) 274-1199

and

Mark A. Chavez (admitted pro hac vice)
CHAVEZ & GERTLER LLP
42 Miller Avenue
Mill Valley, CA  94941
Phone: (415) 381-5599
Fax: (415) 381-5572

*Attorneys for Plaintiff/Class Representative Karen L. Bacchi*

## LOCAL RULES 7.1(A)(2) and 37.1 CERTIFICATION

I hereby certify that pursuant to Local Rules 7.1(A)(2) and 37.1 that Plaintiff has conferred with Defendant's counsel on the matters set forth herein and reports that Defendant's counsel has stated that Defendant does not oppose the relief sought by this Motion. Plaintiff has also conferred with counsel of record for Caroline Tucker, who stated that she does oppose this Motion.

Dated:  January 9, 2018.                              /s/ *Jason B. Adkins*
                                                      Jason B. Adkins

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing. In addition, a copy of the foregoing was mailed this 9th day of January, 2018 to pro per Objector Francis Vitale at:

> Francis Vitale
> 1 Sagamore Hill Rd.
> Oyster Bay, NY 11771

Dated:  January 9, 2018.                              /s/ *Jason B. Adkins*
                                                      Jason B. Adkins