IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS (BOSTON)

| | |
|---|---|
| KAREN L. BACCHI, Individually and on Behalf of all Persons Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY,<br><br>Defendant. | Civil Action No. 12-cv-11280-DJC |

## NOTICE OF SERVICE

Dated: January 25, 2018.

Andrew S. Friedman (admitted *pro hac vice*)
Francis J. Balint, Jr., BBO #680602
BONNETT, FAIRBOURN, FRIEDMAN &
 BALINT, P.C.
2325 East Camelback Road, #300
Phoenix, AZ  85016
Phone: (602) 274-1100
Fax: (602) 274-1199

Jason B. Adkins, BBO #558560
John Peter Zavez, BBO #555721
ADKINS, KELSTON & ZAVEZ, P.C.
90 Canal Street, 5th Floor
Boston, MA  02114
Phone (617) 367-1040
Fax (617) 742-8280

Mark A. Chavez (admitted *pro hac vice*)
CHAVEZ & GERTLER LLP
42 Miller Avenue
Mill Valley, CA  94941
Phone: (415) 381-5599
Fax: (415) 381-5572

*Attorneys for Plaintiff/Class Representative Karen L. Bacchi*

**STATE OF ARIZONA, COUNTY OF MARICOPA**

I am employed in the county of Maricopa, State of Arizona. I am over the age of 18 and not a party to the within action; my business address is Bonnett, Fairbourn, Friedman & Balint, P.C., 2325 E. Camelback Road, Suite 300, Phoenix, Arizona 85016.

On January 25, 2018, I served a true copy of:

1.  **ORDER RE: MOTION FOR BOND dated 1/25/2018 [Doc. 326].**

**VIA U.S. First Class Mail to:**

> **Francis Vitale**
> **1 Sagamore Hill Road**
> **Oyster Bay, NY 11771**

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on the 25th day of January 2018, at Phoenix, Arizona.

By: /s/ *Andrew S. Friedman*