**IN THE UNITED STATES DISTRICT COURT**
FOR THE DISTRICT OF MASSACHUSETTS
(BOSTON)

| | |
|---|---|
| KAREN L. BACCHI, Individually and on Behalf of all Persons Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    Civil Action No. 12-cv-11280-DJC |

**NOTICE OF APPEAL**

NOTICE is hereby given that Caroline Tucker, the objector in the above-named matter, hereby appeals to the United States District Court of Appeals for the First Circuit from the Order [DE 326] granting Plaintiff's Motion for an Appeal Bond entered on January 25, 2018.

.Dated: January 27, 2018

Respectfully Submitted,

*/s/ Mardi Harrison*
Mardi Harrison
125 Edison Furlong Road
Doylestown PA  18901
(267) 252-1035
Mardi@SueTheBoss.com
Attorney for Objector, Carolyn Tucker

**CERTIFICATE OF SERVICE**

The undersigned certifies he electronically filed the foregoing Response via the ECF system for the District Court of Massachusetts, thus effecting service on all attorneys registered for electronic filing.

Dated: January 27, 2018

Respectfully Submitted,

*/s/ Mardi Harrison*
Mardi Harrison