**PATRICK S. SWEENEY**
**2672 Mutchler Road**
**Madison, WI 53711**

Bacchi v. Massachusetts Mutual
Settlement Administrator
P.O. Box 2004
Chanhassen, MN 55317-2004

Honorable Denise J. Casper
c/o Clerk of the Court
United States District Court
District of Massachusetts
John Joseph Moakley U.S. Courthouse
One Courthouse Way
Suite 2300
Boston, MA 02210

**RE: Bacchi v. Massachusetts Mutual Life Insurance Company**
    **Civil Action No. 12-11280-DJC**

Dear Judge Casper and Settlement Administrator:

My name is Patrick S. Sweeney. I was a shareholder in a law firm known at the time as Sweeney & Sweeney, S.C. The firm is dissolved. I appear individually as the assignee of assets of that firm.
I had a life insurance policy with Massachusetts Mutual up until 2004 (which is within the Class Period). I, however, did not receive any notice of the class action lawsuit. I would like to inquire what system was employed by the Defendant and Settlement Administrator to identify class members as I should have been easy to find. Please let me know. Please respond to the above address.

I thank you for your attention to this matter.

Sincerely,
s/ Patrick S. Sweeney